UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sonja R. Griffin-Robinson

Write the full name of each plaintiff.

20-cv-2712
(Include case number if one has been assigned)

-against-

# COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No of my Peers

Hon. Barry E. Warhit, ADA Adrian Murphy, Harrison pd. Anthony Salov, Kevin Wong, Stephen Pallas, Alexandra Bucci, Robert Forgione, William Curow, Several others unnamed, NYPD 26 pct Darwin Marrero, See attached

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Exhibit A pg.1 Rev.1/9/17 Dated: 2-24-20

(26Pct
(Continuation) of defendants name, Henry Bautista, Marilin Peralta, Jacquelynn Opirhory, Gabriel Cabral, Gregory Wises, Richard Didonato D/B/A all police officers, Lisa Wilson D/B/A Social worker

Exhibit B top of page 3 defendants name that is a citizen of the united States: Adrian Murphy D/B/A ADA, Anthony Salov, Kevin Wong, Steven pallas, Alexandra Bucci, Robert Forgione, William Curow, D/B/A Harrison pd, others unamed and Darwin Marrero, Henry Bautista, Marilin Peralta, Jacquelynn opirhory, Gabriel Cabral, Gregory Wises, Richard Didonato, D/B/A 26 Pct of Manhattan N.y. Lisa Wilson, D/B/A (Social worker/Harlem Hospital) Harlem Hospital N.Y.C. Hospital

Exhibit C Defendant Information
Continuation from pg. 4 (+) 5

Defendant #4: Steven pallas
Harrison pd of weschester county (officer)
Current Job title
650 North St. Harrison, N.y. 10528
Current work address

Defendant #5: Alexandra Bucci
Harrison pd of weschester county (officer)
current Job title
650 North St. Harrison, N.y. 10528
Current work address

Defendant #6: Robert Forgione
Harrison pd of weschester county (officer)
Current Job title
650 North St. Harrison, N.y. 10528
current address

→ over

Defendant #7: William Curow
Harrison Pd of Weschester County (officer)
650 North St
Current address
Harrison, N.Y. 10528
Current work address

Defendant #8: Darwin Marrero (pd)
26 pct of Manhattan, N.y. (officer)
Current Job title
520 W. 126 St. Newyork, N.y. 10027
Current work address

Defendant #9: Henry Bautista
26 pct of Manhattan N.y. (pd)
Current Job title officer
520 W. 126 St. Newyork, N.y. 10027
Current work address

Defendant #10: Marilin Peralta
26 pct of Manhattan N.y. (pd) officer
Current Job tittle
520 W. 126 St. N.y. N.y. 10027
Current work address

Defendant #11: Jacquelinn Opirhory
26 pct of Manhattan, N.y. (pd) officer
Current Job title
520 W. 126 St. N.y. N.y. 10027
Current work address

Defendant #12: Gabriel Cabral
26 pct of Manhattan, N.y. Pd. Officer
520 W. 126 St. N.y. N.y. 10027
Current work address

continuation of Exhibit C Defendants information (pg. 5)

Defendant 13: Gregory Ulses
26 pct of Manhattan N.y. pd officer
Current work Job title
520 W. 126 St. N.y. N.y. 10027
Current work address

Defendant # 14: Richard Didonato
26 pct of Manhattan N.y. pd officer
Current work Job title
520 W. 126 St. N.y. N.y. 10027
Current work address

Defendant # 15: Lisa Wilson
Social worker (Harlem Hospital)
Current work Job title
506 Lenox ave N.y. N.y. 10037
Current work address

Defendants: # 16: Harlem Hospital NYC
NYC Harlem Hospital center
Current work Job title
506 Lenox ave. N.y. N.y. 10037
Current work address

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1st Amendment, 4th amendment, 5th amendment, 6th amendment, 8th amendment, Article 20(4) 21 of the treaty of peace and friendship of 1786 They violated their oath of office, Anti-bribery statement, Foreign Registration Statements, certificates of participation Signed oath or Affirmation from Judge of grand jury, Bond Number/EIN Numbers

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Sonja Griffin-Robinson (Plaintiff's name) is a citizen of the State of

Newyork State
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Defendants
If the defendant is an individual:

The defendants, Barry E. Warhit D/B/A, Judge ETAL, is a citizen of the State of See attached for other names
(Defendant's name)

United States

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

Yes believe So.

If the defendant is a corporation:

The defendants, Barry E. Warhit, Adrian Murphy, is incorporated under the laws of See attached all names involved. the State of New york

and has its principal place of business in the State of New york

or is incorporated under the laws of (foreign state) ______

and has its principal place of business in ______.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Sonja — R — Griffin-Robinson
First Name — Middle Initial — Last Name

P.O. Box 928 (Mailing address)
Street Address

New york — N.Y. — 10029
County, City — State — Zip Code

917-669-4039
Telephone Number

______
Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Barry Weshit
First Name Last Name
Judge / Magistrate
Current Job Title (or other identifying information)
111 DR. Martin Luther King Jr. Blvd
Current Work Address (or other address where defendant may be served)
White Plains N.Y. 10601
County, City State Zip Code

Defendant 2: Adrian Murphy
First Name Last Name
District Attorney / ADA
Current Job Title (or other identifying information)
111 DR. Martin Luther King Jr. Blvd
Current Work Address (or other address where defendant may be served)
White Plains, N.y. 10601
County, City State Zip Code

Defendant 3: Anthony Sadou
First Name Last Name
Harrison Pd weschester County Officer
Current Job Title (or other identifying information)
650 North St.
Current Work Address (or other address where defendant may be served)
Harrison, N.Y. 10528
County, City State Zip Code

* Attn: Please see all attached names from Exhibit A through E

[signature]

Defendant 4: Kevin Wong
First Name Last Name

Harrison pd. of Westchester County (officer)
Current Job Title (or other identifying information)

650 North St.
Current Work Address (or other address where defendant may be served)

Harrison, N.Y. 10528
County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 55 LaSalle St. # 9F & Harlem Hospital 506 Lenox ave. N.Y.N.Y. 10027 N.Y.N.Y. 10037

Date(s) of occurrence: April 18th 2018 March 10th & 11th, 12th, 13th 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

My life was threatened as well as my son grandchild and unborn grandchild in front of my residence My left arm was Snatched So hard my pocketbook dropped when officer Salov Snatched it his fellow officers grabbed me took my cane Started grabbing me roughly in front of my Son and he Started videoing & taking their pictures of the Harrison pd Some names are unknown Cuffs were put on me so tight my hands were Swollen for at least 2hrs between in front of my building sitting in car where Alexandra Bucci & her partner pushed me in and I explained I was Sick and had very Serious medical conditions as well as highblood pressure none of them cared. I was never read my Memorandum Rights until Anthony Salov William Curow, Kevin wong, Robert forgione and them Came to Harrison pd from around 12pm they were at my home and until 6 or 7pm when they reached their Station house. I was sick they didn't give me my medications they Snatched them away and said I will get them at the precint. It never happened until this present day they kept it all along

See attached →

Facts pg. 5

Exhibit D continuation of Incident on April 18th 2018 (+) March 10th, 11th, 12th & 13th 2020

with all my personal property that they unjustly, unlawfully & Illegally Stole out my home, planted a firearm that didn't belong up in my residence all my personal ID's birthcertificates, social security cards, pictures of members of my family alive and deceased clothes, coats, 7 to 8 boxes of Jewelry of myself, children, grandkids, deceased grandmother/father, cameras, $10,000 cash federal reserved notes proof of the legal status of this money I was told no one would believe a project criminal. I almost believed them all from Harrison pd the 26 pct officers named in this complaint all stood aside making threats that myself, son and friend was making them nervous and they kept putting their hands on their gun saying we making them nervous but, I was in cuffs my son was taking pictures and video until this day I still hear them saying mistakes happens and we got away with it. I begged my friend to stay with my son & minors because they were endangering the welfare of minors and didn't care all my property listed on affidavit is very crucial they never documented the majority of my personal/family property. I was told I'll never see it again. I'm fighting for my rights because no one is above the law. The D.A's office ADA Adrian Murphy contacted my housing development

(Continuation)
Management office and told them I was not attending no court appearences no hearsay the truth and I was given an Eviction notice on March 4th 2020. Adrian Murphy didn't stop there he then contacted my hospital and violated my Hippa law engaging in conversation with a Social worker named Lise Wilson them to together co-conspired discussing my medical conditions without a subpoena and Lise Wilson didn't stop there she had a meeting with other social workers, supervisors, doctors, Nurse practitioner to give them a story that ADA Adrian Murphy gave her and he didn't stop there he told her I was dangerous and had a serious case I was charged with a firearm I was not charged with no firearm out of the 4ppl in my home they placed this alledged weapon on a friend of mines who will always be my friend. This was documented in my medical record by Lise Wilson who took it upon herself along with all of the names above to slander me, defamation of character, libel, Embarrasment, discrimination, Racial profiling, ostricized me and have Judged me incorrectly. The doctors & everyone yells at me now get out their office stigmatize me making me want to ignore the seriousness of my health until I find another Hospital which is totally unfair

and uncalled for. MY Medical has nothing to do with an accusation / Charge I'm fighting therefore Lise Wilson put lies in my medical record stating I been evading court for years because this is what the D.A. Adrian Murphy told her but, I only start receiving (more medical) letters after surgery Sept. 27, 2019 that really were needed from a knee replacement that got worse after I was kicked and pushed in Harrison Pd squad car by Alexandra Bucci her partner and other Harrison Pd who was handling me very roughly. My letters were verified by Supervisor Ms. Vasquez in front of her supervisor that I haven't been getting letters for years. Therefore that shouldn't and wouldn't have been in my records or me getting sick and in the hospital a day later March 12th 2020 if it wasn't for Lise Wilson and Adrian Murphy also my housing wouldn't have been jeopardized where I had to get a medical ride to housing court and see my friend attorney to prove I never evaded housing / court. They all FAILED CARE, CUSTODY & CONTROL and my life could have been in a detremental state at any given time while being in they care. Hospitals / workers are suppose to help people. Officers are suppose to do their jobs not Rob, steal and plant items on people to make their case stick to send someone Innocent to prison. There's no Right with them all of [illegible]

Exhibit E

Harrison pd in Weschester County Corruption, Favoritism & Nepotism, dating from 2016 through September 2018 & 2019. Please Review on any Google Web Site I will Ammend & Bring in articles at a later date. This is not acceptable and When I inquired about all my property that wasn't listed I was told I'll never see it again They are the law and they get away with everything even killing. This broke my spirit but, I began to reach out to all of who can help me and was given advise I have written to all Important parties regarding this issues. Internal affairs came to my home and when I asked to review my notes I kept for myself I was told I couldn't look at them only cops are allowed to review their notes. I was then told to pick out pictures and if I couldn't rember their faces write I don't see them.

this is not right and I have yet to hear back from Internal affairs. Had I been able to review my paperwork I would have picked out all of the 26 pct officers.

This Statement is true to the best of my knowledge over ⇒

Please see attached medical letters all of which started late 2018 maybe but, definetly 2019 through present day 3-16-20 and I'm being threatened If I don't violate my doctor's last letter Stating I'm not Medically cleared until around May 2020 I will be arrested by this week 3-19-20 by Judge Barry E. Warhit, He says per My Attorney Samcoe. he don't care what's wrong with me I better come he don't care about no health, or Eviction or Doctors.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I had to receive medical attention right away at Valhalla jail on April 18th 2018 and was told I needed to get home to take care of my medical conditions, I have been Stalked, Harrased, threatened, followed continuously, called on my phone getting threats that I'm going to jail Doctors refuses to help me as they did with my Pulmonary Embolism, I'm going to therapy, and ongoing services because they still have me running.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I'm Suing each individual for $100,000 and all my personal property belonging to me (+) my family that was unjustly / unlawfully and illegally taken along with $10,000 cash federal reserved notes and what's stated on my affidavit of facts please review and see attached. I want the courts to order that the above names attached are not above the law and if they committ a crime they should be held accountable Harrison pd has a history of Corruption, favoritism and Nepotism they all stick together no matter what entity.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2-24-20
Dated

[signature]
Plaintiff's Signature

Sonja
First Name

R.
Middle Initial

Griffin-Robinson
Last Name

55 Lasalle St. #9F *( Mailing address P.O. BOX 928 N.Y., N.Y. 10029)*
Street Address

N.Y.
County, City

N.Y.
State

10027
Zip Code

917-669-4039
Telephone Number

RobinsonSonja952@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

[signature]

RAMESH TADUVAI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TA6121211
QUALIFIED IN NEW YORK COUNTY
COMM. EXP. 01-10-2021

[signature] 3/19/20

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Robinson-Griffin Sonja R.
Name (Last, First, MI)

*Mailing address*

55 Lasalle St. # 9F N.Y. N.Y. 10027 P.O. Box 928 N.Y. N.Y. 10029
Address City State Zip Code

Telephone Number E-mail Address

2-24-20
Date

[signature] Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Exhibit A pg. 1 Rev. 1/9/17 Date: 2-24-20

(26 Pct
(Continuation) of defendants name, Henry Bautista, Marilin Peralta, Jacquelynn Opirhory, Gabriel Cabral, Gregory Ulses Richard Didonato D/B/A all police officers, Lisa Wilson D/B/A Social worker

Exhibit B top of page 3 defendants name that is a citizen of the united States: Adrian Murphy D/B/A ADA, Anthony Salov, Kevin Wong, Steven Pallas, Alexandra Bucci, Robert Forgione, William Curow, D/B/A Harrison pd, others unamed and Darwin Marrero, Henry Bautista, Marilin Peralta, Jacquelynn Opirhory, Gabriel Cabral, Gregory Ulses, Richard Didonato, D/B/A 26 Pct of Manhattan N.y. Lisa Wilson, D/B/A (Social worker/Harlem Hospital) Harlem Hospital N.Y.C. Hospital

Exhibit C Defendant Information

Continuation from pg. 4 (+) 5

Defendant #4: ~~Steven~~ Steven Pallas
Harrison pd of Weschester County (officer)
Current Job title
650 North St. Harrison, N.y. 10528
Current work address

Defendant #5: Alexandra Bucci
Harrison pd of Weschester County (officer)
current Job title
650 North St. Harrison, N.y. 10528
Current work address

Defendant #6: Robert Forgione
Harrison Pd of Weschester county (officer)
Current Job title
650 North St. Harrison, N.y. 10528

Defendant #7: William Curow
Harrison pd of Weschester county (officer)
650 North St
Current address
Harrison, N.y. 10528
Current work address

Defendant #8: Darwin Marrero (pd)
26 pct of Manhattan, N.y. (officer)
Current Job title
520 W. 126 St. Newyork, N.y. 10027
Current work address

Defendant #9: Henry Bautista
26 pct of Manhattan N.y. (pd)
Current Job title officer
520 W. 126 St. Newyork, N.y. 10027
Current work address

Defendant #10: Marilin Peralta
26 pct of Manhattan N.y. (pd)
Current Job title officer
520 W. 126 St. N.y. N.y. 10027
Current work address

Defendant #11: Jacquelynn Opirhory
26 pct of Manhattan, N.y. (pd) officer
Current Job title
520 W. 126 St. N.y. N.y. 10027
Current work address

Defendant #12: Gabriel Cabral
26 pct of Manhattan, N.y. Pd. Officer
520 W. 126 St. N.y. N.y. 10027
Current work address

Continuation of Exhibit C Defendants Information (Pg. 5)

Defendant 13: Gregory Wilses
26pct of Manhattan N.Y. pd officer
Current work job title
520 W. 126 St. N.Y. N.Y. 10027
Current work address

Defendant # 14: Richard Didonato
26pct of Manhattan N.Y. pd officer
Current work job title
520 W. 126 St. N.Y. N.Y. 10027
Current work address

Defendant # 15: LiSa Wilson
Social worker (Harlem Hospital)
Current work job title
506 Lenox ave N.Y. N.Y. 10037
Current work address

Defendants: # 16: Harlem Hospital NYC
NYC Harlem Hospital center
Current work job title
506 Lenox ave. N.Y. N.Y. 10037
Current work address

REPORT DATE 02/04/20 LPJ
CASE NUMBER 007311556A
BUDGET NUMBER 00000 (BASIS)
BUDGET EFFECTIVE DATE 10/4/19 - / /

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION
WELFARE MANAGEMENT SYSTEM
WMS REPORT WINR0027
BUDGET ENTRY SUPERVISOR SUMMARY

PAGE 1 OF
PA OFFICE 018 WORKER 00
SNAP OFFICE 018 WORKER 00
CASE NAME GRIFFIN SONJA

MONTHLY CASE LEVEL ENTRIES

| | |
|---|---|
| FR CODE | |
| NO. LRR | |
| PRO IND | |
| SHELT TY | 02 |
| ACT. SHELT | 400.00 |
| NO. BDRMS | 2 |
| WATER AMT | |
| FSUA IND | X |
| HEAT TYPE | |
| FSUA AMT | |
| FSUT IND | |
| FSUT AMT | |
| DISP AMT | |
| PHONE IND | |
| PHONE AMT | |
| INST TYPE | |
| INST AMT | |

MTHLY SNAP CALC

| | |
|---|---|
| GROSS INC | 674.00 |
| LESS: DED | 167.00 |
| ADJ. INC | 507.00 |
| SHELT EXP | 400.00 |
| U/P EXP | |
| H/U/P EXP | 800.00 |
| PHONE EXP | |
| OTHER EXP | |
| TOTAL EXP | 1200.00 |
| EXCESS SHELT | 569.00 |
| ADJ. INC | 507.00 |
| LESS: EXCESS | 569.00 |
| NET INC | |
| BENEFIT | 355.00 |
| LESS: RECUP | 35.00 |
| ADJ. BENFIT | 320.00 |

MONTHLY SUFFIX LEVEL ENTRIES

SUFFIX DATA ENTRIES

| | | |
|---|---|---|
| PA SUF ID | 01 | |
| CATEGORY | SNNC | |
| STATUS | AC | |
| PA SHELT | 400.00 | |
| NO. IN SUF | 2 | |
| RTG CODE | | |
| ADDL. TYPE | | |
| ADDL. AMT | | |
| FUEL CODE | | |
| RESOURCE | NO ENTRY | |
| SNAP SUF ID | 01 | |
| STATUS | AC | CHILD |
| NO. IN SUF | 2 | |
| RTG CODE | | HEAP |
| CE CODE | Y | |

SUFFIX RESTRICTION DATA ENTRIES

SUF ID 01 ASSOC CD 70 INDICATOR 1
NAME NYCHA#087-005-09F FR GRIF
ADDRESS 1320 AMSTERDAM AVE.
NEW YORK NY 10027

SUF ID ASSOC CD INDICATOR
NAME
ADDRESS

SEMI-MONTHLY PA BUDGET CALCULATION

| SUFFIX ID | 01 | | |
|---|---|---|---|
| BASIC ALLOW | 126.00 | | |
| SHELT ALLOW | 141.50 | .00 | .00 |
| HEA I | 11.25 | | |
| HEA II | 5.50 | | |
| FUEL ALLOW | | | |
| WATER ALLOW | | | |
| PREG ALLOW | | | |
| REST ALLOW | | | |
| OTHER NEEDS | | | |
| TOTAL NEEDS | 287.00 | | |
| LESS: NET INC | | | |
| BUD. DEFICIT | 287.00 | .00 | .00 |
| LESS: RECOUP | | | |
| GRANT ISS | 287.00 | .00 | .00 |

MONTHLY INDIVIDUAL LEVEL ENTRIES

INDIVIDUAL DATA ENTRIES

| LN ID | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|
| SUF ID | 01 | 01 | 01 | 01 | 01 | 01 |
| CIN | YB73161S | XF43806M | Y6214960 | YF73627Z | XF20346J | WS33696 |
| IND CAT | 09 | 06 | 13 | 06 | 08 | 06 |
| PA/SNAP S | AC/AC | CL/CL | CL/CL | CL/CL | CL/CL | CL/CL |
| DOB | 08/22/1970 | 12/30/1989 | 05/25/1951 | 10/09/1986 | 08/25/1988 | 12/11/199 |
| NAME | SONJA GR | FERNELL | SADIE RO | JENNIFER R | DAVID LO | SHAYNA M |
| A/D | | | X | | | |
| EDC DTE | | | | | | |
| SPEC/REL CD | / | / | / | / | / | / |

NEW YORK STATE
ID NUMBER
YB73161S
CARD NUMBER
600486 8932 2731 615 38
DOB
08/22/1970
LAST NAME
GRIFFIN
FIRST NAME / M.I.
SONJA
600486
ACCESS NUMBER
8932 2731 615
SEQ #
38

MONTHLY INCOME/NEEDS/DEDUCTIONS

| LN ID 01 | | | | LN ID 03 | | | |
|---|---|---|---|---|---|---|---|
| HW | SRC | 87 | SRC | HW | SRC | 27 | SRC |
| INV | AMT | 100.00 | PROG | INV | AMT | 1178.15 | PROG |
| ETI | PROG | F | AMT | ETI | PROG | F | AMT |
| EMP | U | | SRC | EMP | U | | SRC |
| MED | CD | | PROG | MED | CD | | PROG |
| END | AMT | | AMT | END | AMT | | AMT |
| TYP | AMT | | SRC | TYP | AMT | | SRC |
| AMT | | | PROG | AMT | | | PROG |
| DOB | SRC | | AMT | DOB | SRC | | AMT |
| TYP | AMT | | SRC | TYP | AMT | | SRC |
| AMT | PROG | | PROG | AMT | PROG | | PROG |
| DOB | U | | AMT | DOB | U | | AMT |
| TYP | CD | | SRC | TYP | CD | | SRC |
| AMT | AMT | | PROG | AMT | AMT | | PROG |
| DOB | AMT | | AMT | DOB | AMT | | AMT |
| TYP | SRC | | SRC | TYP | SRC | | SRC |
| AMT | AMT | | PROG | AMT | AMT | | PROG |
| DOB | PROG | | AMT | DOB | PROG | | AMT |
| DEDUCTION | U | | SRC | DEDUCTION | U | | SRC |
| TY | CD | | PROG | TY | CD | | PROG |
| AMT | AMT | | AMT | AMT | AMT | | AMT |
| TY | AMT | | SRC | TY | AMT | | SRC |
| AMT | | | PROG | AMT | | | PROG |
| | | | AMT | | | | AMT |