UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Sonja R. Griffin-Robinson

_____
Write the full name of each plaintiff.

1:20CV – 02712-LLS
(Include case number if one has been assigned)

-against-

Hon. Barry E. Warhit, ADA Adrian Murphy,
Anthony Saluu, Kevin Wong, Alexandra Bucci,
William Currow, Robert Forgione,
Darwin Marrero, Henry Bautista,
Marlin, Peralta, Jacquelyn Opirhory,
Grabriel Cabral, Gregory Ulysses, Richard
DiDonato, Lise Wilson

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

SECOND AMENDED
COMPLAINT

Do you want a jury trial?
☑Yes    ☐ No

Of my peers

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The 5th amendment, 14th & 4th under the equal protection clause

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Sonjah. Griffin-Robinson , is a citizen of the State of
(Plaintiff's name)

New York State
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual: ET AL/DBA

The defendant, _Barrye washit , Judge_____, is a citizen of the State of
(Defendant's name)

_united States_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_yes belleve so_____.

If the defendant is a corporation:

The defendant is _Please see attached names Involved on Complant amended_, is incorporated under the laws of

the State of _New york_____

and has its principal place of business in the State of _Newyork_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Sonja_____ _R._____ _Griffin -Robinson___
First Name              Middle Initial        Last Name

_P.O. Box 928 (Mailing address)_____
Street Address

_New york_____ _N.Y._____ _10029_____
County, City            State              Zip Code

_917- 669 -4039_____ _Robinsonsonja952@gmail.com_
Telephone Number         Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   Barry                     Warhit
               First Name                Last Name

               Judge
               Current Job Title (or other identifying information)

               111 Dr. Martin Luther King JR. Blvd
               Current Work Address (or other address where defendant may be served)

               White plains          N. y.              1 0 6 0 1
               County, City          State              Zip Code

Defendant 2:   Adrian                    Murphy
               First Name                Last Name

               ADA
               Current Job Title (or other identifying information)

               111 Dr. Martin Luther King Jr. Blvd.
               Current Work Address (or other address where defendant may be served)

               White plains,         N.y.               1 0 6 0 1
               County, City          State              Zip Code

Defendant 3:   Anthony                   Salou
               First Name                Last Name

               officer/ Detective
               Current Job Title (or other identifying information)

               650 North St.
               Current Work Address (or other address where defendant may be served)

               Harrison              N.y.               1 0 5 2 8
               County, City          State              Zip Code

Defendant 4: Kevin Wong
First Name        Last Name

Officer / Detective
Current Job Title (or other identifying information)

650 North St.
Current Work Address (or other address where defendant may be served)

Harrison        N.Y        10528
County, City        State        Zip Code

III. STATEMENT OF CLAIM (1st) 55 Lasalle St. #9F N.Y. N.Y. 10027,
(2nd) Supreme Court 111 Dr. Martin Luther King Jr. Blvd
Place(s) of occurrence: White Plains, N.Y. 10601, (3Rd) Harlem
Hospital 506 Lenox ave N.Y. N.Y. 10037

Date(s) of occurrence: 4-18-18, on or about 1-14 20 through 3-10-20

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see attached as requested
on second Amended complaint claim (8 pages)
In my second Amended complaint I explain as
brief as possible what each defendant did
or failed to do as well as their respective
Departments that they work for being responsible
for their actions as well.
S.D.C.

page 5

Case 1:20-cv-02712-LLS Document 6 Filed 5/6/20 Page 29 Of 33

Defendant: 5    Stephen Palias
                Officer/Detective
                650 North St.
                Harrison, N.y. 10528

Defendant: 6    Alexandra Bucci
                officer
                650 North St
                Harrison, N.Y. 10528

Defendant: 7    William Curow
                Officer/Detective
                650 North st.
                Harrison, N.y. 10528

Defendant: 8    Robert Forgione
                Officer/Detective
                650 North St
                Harrison, N.y. 10528

All of Harrison Police Department
Known address of all defendant's above
Harrison Police Department 650 North St.
Harrison, N.y. 10528

Please See Reverse Side for 26th
ALL of the 26th precint
Precint Detectives/officers Located at
520 W. 126th St. N.y. N.y. 10027

continuation of pg. 5

Continue S,H,P,

Please See Second AmendedComplaint

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. I was told no matter what I reported no one would believe me I'm still receiving care and I reported to my Hospital staff on 4-18-18 I was treated at Valhalla County Jail I was asked about the bruises on my hands/wrist and legs. I explained briefly what happened I was then followed up given special medical equipment/medicine and urged to try and be released to get better treatment being mines were taken by officers mentioned in my complaint by excessive force for no reason.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

That no one even officers/Detectives should be given Qualified Immunity please see attached as requested in my second amended complaint If they violate the law they to should be penalized. All other parties As well as those who violated my HIPPA LAW. My Rights have been violated and those who they work for are responsible more so.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6-25-20 | Sonja Griffin-Robinson |
| Dated | Plaintiff's Signature |
| Sonja          R. | Griffin-Robinson    Mailing Address |
| First Name    Middle Initial | Last Name |
| 55 LaSalle St. | (P.O. BOX 928 N.y. N.y. 10029) |
| Street Address | |
| New york | N.y.          10029 |
| County, City | State          Zip Code |
| 917-669-4039 | Robinsonsonja952@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Robinson - Griffin Sonja P
Name (Last, First, MI)

55    Lasalle  St.    Newyork N.y.    10029    Mailing address   928
Address            City          State          Zip Code        P.O.Box  Hg N.y.
                                                                          10029

RobinsonSonja 952@gmail.com
Telephone Number                         E-mail Address

6-25-20
Date                                     Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20-CV-2712 (LLS)

SONJA-R.-GRIFFIN-ROBINSON

ORDER TO AMEND
SECOND AMENDEDED COMPLAINT

-against-

HON. BARRY E. WARHIT, ADA MURPHY, ANTHONY SALOV
KEVIN WONG, STEPHEN PALIAS, ALEXANDRA BUCCI
WILLIAM CURROW, ROBERT FORGIONE

All of Harrison Police department

Known address of all defendant's above
Harrison Police Dept. 650 North St. Harrison N.Y. 10528

DARWIN MARRERO,  HENRY BAUTISTA, MARLIN PERALTA
JACQUELYN OPIRHORY, GABRIEL CABRAL, GREGORY ULYSES
RICHARD DIDONATO

All of the 26th Precinct, Address:
520 W. 126th St. N.Y. N.Y. 10027

LISE WILSON OF HARLEM HOSPITAL CENTER 506 LENNOX AVE. NEW YORK N.Y
10037
ASSISTANT DISTRICT DISTRICT ATTORNEY ADRIAN MURPHY OF
111 Dr. MARTIN LUTHER KING Jr. BLVD. WHITE PLAINS, NEW YORK 10601

PLEASE TAKE NOTICE, that this amended complaint is being filed in accordance with the order of this Court.

The plaintiff asks this court to view the claims being asserted under **RULE 8** ciciting Bell Atl. Corp. v. Trombly, 550 U.S. 544, 570 (2007) where the claim(s) are factually plausible if the plaintiff pleads enough factual detail to allow the court to draw inference that the defendant'(s) are liable for the alleged misconduct.

In reviewing the complaint the Court must accept all well pleaded factual allegations as true. Ashcroft v. Iqbal, 556 U.S. 662, 678-79 (2009). But it does not have to accept as true "[t]hreadbare recitals of the elements of the cause of action, which are essentially just legal conclusions. Twombly, 550 U.S. at 555. After separating legal conclusions from well-placed factual allegations, the Court

must determine whether those facts make it plausible-not merely possible that the pleader is entitled to relief. Id.

## BACKGROUND

On april 18th 2018 Members of the (NYPD) AND HARRISON Police Department with "a false warrant" Titled Joint Search operation W/Harrison P.D. See annexed (Exhibit A), this alleged warrant (Authored by Darwin Marrero was false, with the date of 4/18/18 and the time of service of 15:25:00.

As the search began the Harrison P.D. was removing and boxing up Personal property of plainfif that was not on the warrant, subsequently, the plaintiff was arrested in her home and taken to a police car and taken to a police precinct/barracks in westchester where she subsequently posted bail.

When the plaintiff returned home she noticed several personal items missing that were sentimental and known to the Harrison P.D. were not part of any crime See annexed (Exhibit B).

According to Det. Anthony Salov, the victim complained that there was more property missing/stolen, these individuals acting as a collective group stole property and did not voucher it in which the property amounted to well over $75,000.00. Based upon Information and belief the defendant(s) as a collective group felt that the plaintiff was not going to claim her property.

The Harrison Police Department has a reputation for corruption, "even against employees of their own department, See (Exhibit C).

Subsequently, based on additional information provided by the victim of a burglary, on April 16th according to Anthony Salov, it is not clear whether victim called Salov or whether he went on his own to see victim, it is the plaintiffs contention that because Items not seized in the first search warrant were seen and believed to be stolen items from another burglary and thought she would remain silenregarding these properties stolen from her home on this illegal/false search

warrant that alleges the probable cause to enter premises of the plaintiffs home.

## THE WARRANTS

(Exhibit A) is what the premises was entered on, exhibit A supra. The Following will show in a chronological order that coincides with the conduct of the defenfant's.

On 4/18/18 (Exhibit A) supra, was what both departments, Harrison P.D. chaperoned by NYPD entered the premises on, this warrant was also shown to the supervisor of NYCHA, an affidavit will be supplied in the near future, cannot be secured right now due to the COVID Pandemicbecause the investigator is not available because of the phase of reopening we're in.

This was never at any time shown to any Court, nor was it mentioned.

This was executed at 15:25/3:25, what is Plaintiff asks this Court to observe is P.O. Darwin has Jean Azor arrested before a different search warrant issued by Justice Warhit, See (exhibit D) of search warrant order from Westchester County which only names the plaintiff in this search warrant order, these entities knew exactly what they were coming to do and that was to plant evidence in the plaintiffs home so that they could give her a co defendant.

According to (Exhibit C) the search warrant order has the time of 3:40, which indicates that Mr. Azor was arrested by NYPD before a search ever ensued and any property was seized from the residence, "the plot thickens".

While this search is being conducted at 3:40 according to Det. Anthony Salov, a Second search warrant order with now, 2 names appear onthis second warrant issued by Justice Warhit that bears the time , 3:40.

During this search of these 2 warrants issued, while conducting this search and removing property from the residence, an alleged weapon was discovered/planted, Det. Anthony Salov, acting in concert with Marrero, came up with an amended search

-3-

warrant within 15 minutes, (Exhibit E) this amended warrant bears the time 4:00 p.m. 15 minutes after the second warrant, Adrian Murphy, The Assistant District Attorney was well aware of this, and clearly it was impossible for Salov to obtain A warrant within that amount of time, both police departments acting in concert clearly "dropped the ball here, First: why would you need an amended search warrant for an alleged weapon found during that search ? and Second: why would you need an amended warrant if Mr. Jean Azor was Arrested for that same weapon before entering the premises ?, Det. Salov not only lied in his affidavit in support of the amended search warrant, He along with Marrero planted evidence at the Plaintiffs home. So, regarding this Court's recommendation that the plaintiff allege to a reasonable possibility that the claim is in excess of the sum or value of $75.000.00 , the plaintiff alleges that here in (Exhibit B) and also, Federal District Courts have, however, supplemental jurisdiction over State-law claims "that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

Here, There are Federal & Civil rights violations, ie; Westchester County and New York County, acting in concert with the intent to rob/steal property from the plaintiffs residence, enter unlawfully, plant evidence, and file false statements, this would includedefendant's from both police departments.

These rights of the plaintiff are protected under the 4th amendment, the 14th under both State and Federal constitutions, the 5th amendment, and the 14th of the equal protection clause, plaintiff has a **State and Federal Constitutional right** to be protected from unlawful search and seizure.

-4-

AS FOR THE FIRST CAUSE OF ACTION AGAINST THE DEFENDANT'S
FROM HARRISON P.D. AND DISTRICT ATTORNEY MURPHY

The defendant's acting collectively damaged the plaintiff by falsely arrestin
the plaintiff, planting evidence in the home of the plaintiff, stole property
including $10.000.00 dollars cash from the residence under the guise of
illegal/false warrants, the property value alone was well over $75.000.00, plus,
the plaintiff has been damaged in the amount of $2.500.000 Dollars.

AND FOR THE SECOND CAUSE OF ACTION AGAINST THE DEFENDANT'S
FROM NEW YORK CITY POLICE DEPARTMENT

The NYPD, condoned the behavior as well as engaged in the said behavior of
Harrison P.D. by fabricating timelines to make a criminal charge stick against the
plaintiff by not stopping harrison P.D. from stealing personal property that
personally belonged to the plaintiff not alleged in the search warrant, and instead
covered the behavior and engaged in it themselves to wit; arresting an individual
named in the "joint search warrant" when they haven' even entered the premises yet
for possession of a firearm that was not in the residence, "but planted there as
the Joint search would indicate, the search warrant allegedly produced by Harrison
P.D. was 25 minutes later and two from 15 minutes after.

UNITED STATES DISTRICT COUER

SOUTHERN DISTRICT OF NEW YORK

SONJA R.-GRIFFIN-ROBINSON,

           Plaintiff,

         -against-

ADRIAN MURPHY
ASSISTANT DISTRICT ATTORNEY WESTCHEER COUNTY
DISTRICT ATTORNEY'S OFFICE
LISE WILSON HARLEM HOSPITAL MEDICAL CENTER

20-CV-2712 (LLS)A.

NOTICE OF SECOND AMENDED

 

PLEASE TAKE NOTICE, that the plaintiff in the above-captioned action moves by permission (via) Louis L. Stanton, United States District Judge for leave to amend by including the following defendant's: Lise Wilson acting with Adrian Murphy by disclosing the plaintiffs medical records/conditions to Adrian Murphy.

The disclosure of these records are protected by the HIPPA LAW and Lise Wilson under Contrat as the plaintiffs social worker knew or should have known that a patients personal medical records are to remain confidential. Also Adrian Murphy as a seasoned ADA knew well that what she took that information and did was a violation oF HIPPA law also.

These actions took place between Harlem Hospital and Westchester County's District Attorney's office (via) phone.

POINT I

**ADA ADRIAN MURPHY AND LISE WILSON IN VIOLATION OF HIPPA LAW.**

In this aspect of this amended complaint the plaintiff charges that: in an attempt to continuously harass the plaintiff and threaten the plaintiff with prison in an attempt to worsen her health knowing her present condition as to why she has not been able to make it to Court in the first place.

Based on the Federally protected rights provided by the equal protection clause of the 5th and 14th amendments , by divulging plaintiffs personal

medical information confirmed in plaintiffs (Exhibit H), the plaintiff was told by her social worker On 3/10/20 and also told by Ms. Wilson personally, that she spoke to the District Attorney about my medical condition to ADA Murphy without Authorization from a Court's order, a HIPPA RELEASE FORM SIGNED BY THE PLAINTIFF, OR AN AUTHORIZATION, nor was it authorized by the Chief administration, and therefore, this is a HIPPA VIOLATION.

## THE DAMAGE THE DEFENDANT'S CAUSED TO THE PLAINTIFF

The damage caused to the plaintiff by these two defendants is the fact that Adrian Murphy as a defendant mentioned previously in the complaint regarding the harassment by all the defendant's mentioned, took this HIPPA INFORMATION SUPPLIED BY LISE WILSON, **"who knew or should have known, based on the contract she signed, as well as well as ADA Adrian Murphy, a seasoned District Attorney about their obligations regarding HIPPA LAW, and the procedures that govern it.**

Adrian Murphy continued harassing the plaintiff when this information was disclosed by Lise wilson and "intensified" the harassment by reporting to housing, "knowing the plaintiffs medical condition, went to NEW YORK CITY HOUSING AUTHORITY, " and told them to evict her with the intent to create more hardship on the plaintiff intentionally by maximizing pressure on the petitioner by abussing power as a resource to hopefully force the plaintiff to give in to these pressures by Westchester County's defendant's, and as a result of Murphy's actions, the plaintiff has been served with an eviction notice to add to the hardships.

ADA Murphy revealed to the medical department at Harlem Hospital that the plaintiff was charged with possession of a firearm which is not true, and as aresult of that, the medical staff started treating the plaintiff with mal treatment, disrespect, rancor. This all resulted from slander and defamation of character which Murphy had to know or should have known would result from this abuse of power as a seasoned District Attorney, and given the nature and reputation

information contained within plaintiffs personal medical files without proper authorization and therefore;; as for this cause of action, the plaintiff has been damaged as follows:

### AS FOR THE THIRD CAUSE OF ACTION AGAINST THE DEFENDANT'S, THE PLAINTIFF SONJA-R.-GRIFFIN RROBINSON ALLEGES:

The plaintiff repeats, reiterates and realleges each and every allegation contained within pages 1 and two of this amended complaint by reference as if same were fully set forth at length herein.

That as a result of Defendant **Murphy's** & Wilson's actions, plaintiff SONJA-R.-GRIFFIN-ROBINSON'S HIPPA rights were violated by exposing her medical conditions to ADA Adrian Murphy which caused mental anguish, debilitating health, embarassment,that in turn caused the medical staff to discriminate against the plaintiff by not providing the medical care needed. so, in this third cause of action the plaintiff has been damaged in the amount of $ 7 850.000.

As for the defendant ADA Murphy, Defendant Murphy, Defendant Murphy with the intent to cause damage to the defendant by slander and false statements to the medical staff to wit; telling medical staff that the plaintiff was charged with possession of a firearm and the seriousness of her case so that no more letters etc. will be provided to the Court for clarity of plaintiffs medical condition so they can force her up to Westchester County Courthouse. ADA Adrian Murphy has decided that it would be a good idea to take this information and abuse her power by interfering with doctors opinions by way of going to NYCHA to tell them to evict the defendant because she is avoiding Court when the letter by doctors have culminated to this point. NYCHA acting in accordance with this information, created a more deteriorating condition in the plaintiffs health and for this defendant's actions, the plaintiff was damaged in the amount of $7,850 000.

EXHIBIT A

4th

**CASES FOR LEGAL ACTION COVER SHEET**
PD 149-090 (Rev 05-16)

Track  ☐☐☐☐

CFLA No. **2543**

| Arresting Officer. Rank, Name (Last, First, M.I.) PO MARRERO, DARWIN | Tax Registry No. 946693 | Command Code 026 |
|---|---|---|

Department Cell Phone Number
**929-364-7555**

Department Email Address
**DARWIN.MARRERO@NYPD.ORG**

| Arrest Date 04/18/18 | Precinct 026 | Development GRANT HOUSES |
|---|---|---|

| Defendant: Name (Last, First, M.I.) AZOR, JEAN | Date of Birth 08/08/73 | Address 55 LASALLE ST | Apt. No. 9F | Borough MN |
|---|---|---|---|---|

## CATEGORY: (Check One)

☐ **CATEGORY I.   Search Warrants**

| Warrant Address 55 LASALLE STREET | Apt. No. 9F | Contraband Recovered NO |
|---|---|---|

Name(s) of Case Target(s) (if arrested)

Was the tenant home/present during the execution of the search warrant?
☑ Yes   ☐ No   *but not present?*

Exact location where contraband was found in/at location during execution of search warrant

Is the tenant involved in the offense? If yes, how?

What is the relationship between target and tenant?
**TENANTS BOYFRIEND**

☐ **CATEGORY II.  Felony Narcotics/Marijuana Arrests:**   ☐ Sale   ☐ Possession

☑ **CATEGORY III.**
- ☐ Murder 1st, 2nd or Attempt
- ☐ Assault 1st
- ☐ Assault 2nd (When victim is shot by a firearm)
- ☐ Criminal Sexual Act 1st or Attempt
- ☐ Course of Sexual Conduct Against a Child 1st or Attempt
- ☐ Aggravated Sexual Abuse 1st or Attempt
- ☑ All Firearms Offenses listed in Article 265 of the NYS Penal Law
- ☐ Rape 1st or Attempt
- ☐ Burglary 1st
- ☐ Robbery 1st or 2nd
- ☐ Arson 1st, 2nd or 3rd

*CPW 2*

☐ **CATEGORY IV.**
    Specify: ←☒ *JOINT OPERATION W/ HARRISON P.D.* ←

| SUPPORTING PAPERWORK | ☑ CFLA Cover Sheet (PD 149-090) |
|---|---|

- ☑ Complaint Report (PD 313-152)
- ☑ On Line Booking System Arrest Report (PD 244-159)
- ☑ District Attorney's Affidavit
- ☑ Property Clerk Invoice
- ☑ Request for Laboratory Examination   ☒ Attached   ☐ Not Prepared
- ☐ NYCHA Trespass Notice   ☐ Attached   ☒ Not Prepared
- ☐ Search Warrant   ☐ Attached   ☒ Not Prepared

| ☑ Attached | ☐ Not Prepared |
|---|---|

-------- **FOR NYCHA USE ONLY - DO NOT WRITE BELOW THIS LINE** --------

| SH No. 005 | TDS No. 087 | EDP No. 09F | TOR *Griffin Sonja* | Open Case No. | Logged In ☐ Yes ☐ No |
|---|---|---|---|---|---|

Case History

*10027*    *40*    *905615*

**Reminder: Completed paperwork will be forwarded to the Housing Bureau, Special Operations Section,
Attention: CFLA Coordinator**



# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS: NYSID ENTERED** | **Arrest ID: M18622055 - Y**

**Arrest Location: INSIDE OF 550 WEST 125 STREET APT: 9F** | **Pct: 026**

**Arrest Date:** 04-18-2018 | Processing Type: ON LINE | Current Location of Perpetrator:
**Time:** 15:25:00 | DCJS Fax Number: MO014912 | Borough: Manhattan
Sector: B | Special Event Code: NO - | Type: ALL PD LOCATIONS
Strip Search Conducted: NO | DAT Number: 0 | Location: 026 PRECINCT
Viper Initiated Arrest: NO
Stop And Frisk: NO | Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:** | Arrest #: M18622055

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2018-026-01190 | 2018-04-18 | Valid, Initial Arrests made 2018-04-18 | 12:25 |

**CHARGES:** | Arrest #: M18622055

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 265.03 01B | F | C | 1 | CPW-2ND: LOADED FIREARM |
| #02 | No | PL 265.02 01 | F | D | 1 | CRIM POSS WEAP-3RD:PREV CONV |

| How Arrest came about: | | # Injuries: 00 | # Fatalities: 00 | | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: |
| Role: IDTU Technician | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: / IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

**DETAILS:** | Arrest #: M18622055

AT T/P/O WHILE CONDUCTING A JOINT SEARCH WARRANT WITH THE HARRISON POLICE DEPARTMENT A LOADED .38 CALIBER TAURUS REVOLVER WAS RECOVERED FROM ABOVE LOCATION. THE FIREARM WAS VOUCHERED UNDER VOUCHER #1001077678. ECT RUN# 566

**DEFENDANT: AZOR, JEAN** | NYSID #: 07315251M | Arrest #: M18622055

Nick/AKA/Maiden: | Height: 6FT 0IN | Order Of Protection: NO
Sex: MALE | Weight: 175 | Issuing Court:
Race: BLACK | Eye Color: BLACK | Docket #:
Age: 44 | Hair Color: BLACK | Expiration Date:
Date Of Birth: 08/08/1973 | Hair Length: NORMAL | Relation to Victim: UNKNOWN/NONE
U.S. Citizen: YES | Hair Style: CLOSE CUT | Living together: NO
Place Of Birth: | Skin Tone: MEDIUM | Can be identified: NO
Is this person not Proficient in English?: NO | Complexion: CLEAR
If Yes, Indicate Language:
Accent: NO | Soc.Security #:
| | Gang/Crew Affiliation: NO

Complaint# 2018-026-001190                                    Page 1 of 4

## New York City Police Department
## Omniform System - Complaints

| Report Cmd:<br>026 | Jurisdiction:<br>N.Y.C. HOUSING<br>AUTHORITY | Record Status:<br>Final, Initial Arrests made | Complaint #:<br>2018-026-<br>001190 | No Other<br>Legacy Blue<br>Versions | Complaint<br>Revisions:<br>**View All<br>Versions** 0<br>1 |
|---|---|---|---|---|---|

| Occurrence Location: **INSIDE OF 55 LASALLE STREET APT: 9F** | NYC Parks Dept. Property | Precinct: 026 |
|---|---|---|
| Name Of Premise: | Did this offense occur on NYC Parks Dept. Property? NO | Sector: B |
| Premises Type: RESIDENCE - PUBLIC H | Command: | Beat: |
| Location Within Premise: | NYC Parks Dept. Property Name: | Post: |
| Visible By Patrol?: NO | | |

| Occurrence From: 2018-04-18 12:25 WEDNESDAY | Aided # |
|---|---|
| Occurrence thru: 2018-04-18     16:12 | Accident # |
| Reported: 2018-04-18     16:25 | O.C.C.B. # |
| Complaint Received: PICK-UP | |

| Classification: CRIM POSS WEAPON | Case Status: CLOSED |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: |
| Most Serious Offense is: FELONY | Clearance Code: UNIFORM ARREST |
| PD Code: 793  WEAPON POSSESSION 3 | Log/Case #: 0 |
| PL Section: 26502 | Clearance Arrest Id: |
| Keycode: 118  DANGEROUS WEAPONS | Clearance AO Cmd: |
| | File #: |
| | Prints Requested? NO |

| Is This Related To Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?<br>NO | Was The Victim's Personal Information Used To Commit A Crime?<br>NO |
|---|---|---|---|
| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
| DIR Required?<br>NO | | Child in Common?<br>NO | Intimate Relationship?<br>NO | Officer Body Worn Camera:<br>NO |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | | | Location of Pickup: |
| | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted:<br>YES | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O WHILE CONDUCTING A JOINT SEARCH WARRANT WITH THE HARRISON POLICE DEPARTMENT A LOADED FIREARM WAS RECOVERED FROM ABOVE LOCATION. THE FIREARM WAS VOUCHERED UNDER VOUCHER#1001077678. ECT RUN# 966

Version 1. SYSTEM GENERATED

ARREST Report – M18622055

| ARRESTING OFFICER: POM DARWIN R MARRERO | Arrest #: M18622055 | | |
|---|---|---|---|
| Tax Number: 946693 | On Duty: YES | Force Used: NO | |
| Other ID (non-NYPD): 946693 | In Uniform: NO | Type: | |
| Shield: 3176 | Squad: FI | Reason: | |
| Department: NYPD | Chart: 97 | Officer Injured: NO | |
| Command: 026 | Primary Assignment: OTHER | Officer Body Worn Camera: NO | |
| | | TRI Number: 0000-000-00000 Suffix: 0 | |

| Arresting Officer Name: POM MARRERO, DARWIN R | Tax #: 946693 | Command: 026 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT BAUTISTA HENRY | Tax #: 929693 | Command: 026 | Agency: NYPD |
| Report Entered by: POM MARRERO, DARWIN | Tax #: 946693 | Command: 026 | Agency: NYPD |

| END OF ARREST REPORT M18622055 |
|---|

Print this Report

**Physical Force:**

**Weapons:**

| | |
|---|---|
| Gun: HANDGUN | Non-Firearm Weapon: |
| Weapon Used/Possessed: USED/DISPLAYED | Other Weapon Description: |
| Make: | Other/Gun Specify: NO |
| Caliber: .38 CAL. | |
| Type: PISTOL, REVOLVER | |
| Color: BLACK | |
| Serial Number Defaced: NO   Serial Number: IUE2649 | |
| Recovered: YES | |

Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM UNK | |
| CLOTHING | ACCESSORIES -UNK- UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK- UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK- UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK- UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**WANTED: # 2 of 2**

| Name: AZOR, JEAN | Complaint #: 2018-026-001190 | Arrested: NO |
|---|---|---|

NickAKA/Maiden:
Height: FIN     Sex: UNKNOWN     Weight: 0
Race:     Eye Color: BROWN     Hair Color: BLACK     Age:
Date Of Birth: UNKNOWN  Hair Length: NORMAL,  Hair Style: CLOSE CUT
U.S. Citizen:     Place Of Birth:
Skin Tone: MEDIUM
Complexion: CLEAR     S.S. #: D
Language:
Is this person not Proficient in English?:
If Yes, Indicate Language:     Accent: NO

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol?  NO
Suspect threatened/attempted suicide?  NO
Is the suspect Parole / Probation?  YES
Relation to Victim: UNKNOWN/NONE
Living together: NO
Can be Identified: NO

Gang/Crew Affiliation:
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | PCT |
|---|---|---|---|---|---|---|---|
| HOME -PERMANENT | 66 LASALLE STREET | MANHATTAN | NEW YORK | | 9F | | |

Phone # HOME: - -CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:
N.Y.C.H.A. Resident: YES  N.Y.C. Housing Employee:  On Duty:
Development:     N.Y.C. Transit Employee:

**Physical Force:**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev 11/09)

Invoice No. **1001077678**

| Invoicing Command | | | | Invoice Status |
|---|---|---|---|---|
| **26TH PCT.** | | | | **OPEN** |

| Invoice Date | Property Type | Property Category |
|---|---|---|
| **04/18/2018** | **FIREARM** | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | POM | DIDONATO, RICHARD | 948888 | PBMN ACU | OCME. EU No. |
| Arresting | POM | MARRERO, DARWIN | 946693 | 26TH PRECINCT | OCME. FB No. |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. |
| CSU/ECT Processing | POM | DIDONATO, RICHARD | 948888 | PBMN ACU | CSU/ECT Run No. 966 / N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | REVOLVER | 1203477869 | 1 | |
| | | MAKE: TAURUS CALIBER: .38 FIREARM COLOR: BLACK | | | |
| | | SERIAL NO. EXISTS: YES SERIAL NO.: IU62549 | | | |
| | | LICENSE ACTIVE: NO | | | |
| | | RECOVERED I/O BLK TAURUS CARDBOARD BOX | | | |
| | | I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, | | | |
| | | NYC | | | |
| 2 | 5 | CARTRIDGE | 1203477869 | 5 | |
| | | MAKE: FEDERAL CALIBER: .38 | | | |
| | | RECOVERED I/O BLK, "TAURUS" CARDBOARD BOX | | | |
| | | I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, | | | |
| | | NYC | | | |
| 3 | 6 | CARTRIDGE | 1203477869 | 6 | |
| | | MAKE: FEDERAL CALIBER: .38 | | | |
| | | RECOVERED I/O YELLOW "LOUS VUITTON" BAG | | | |
| | | I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, | | | |
| | | NYC | | | |

**REMARKS:**
948888 04/18/2018 18:55 : ON 04/18/18 AT APPROX. 1410 HRS, MNECT RESPONDED TO A RECOVERED FIREARM I/O 55 LASALLE ST, APT. 9F, NYC. PO DIDONATO-948888 RESPONDE D TO ABOVE LOCATION AT APPROX. 1450 HRS AND CONFERRED W/ SAFEGUARDING OFFICER/A/O, PO MARRERO-946693, 026PCT. (1) BLK .38SPL+P TAURU S REVOLVER, SERIAL#IU62549 WAS RECOVERED BY DET. FORIONE, SHIELD#55 (HARRISON PD) I/O A BLK #TAURUS# CARDBOARD BOX BEDROOM#1 OF 55L ASALLE ST, APT. 9F, DURING AN JOINT SEARCH WARRANT W/ HARRISON PD. (1) ARREST MADE. UNDERSIGNED PROCESSED ABOVE FIREARM, ALONG W/ (5 ) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O BLK #TAURUS# CARDBOARD BOX AND (6) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O YELLOW #LOU IS VUITTON# BAG. FIREARM/BALLISTICS WERE SWABBED FOR DNA AND FUMED FOR POSSIBLE LATENT PRINTS, DNL. FIREARM/BALLISTICS ARE BEING VOU CHERED AND FORWARDED TO THE NYPD LAB FOR OPERABILITY/BALLISTIC TESTING/ANALYSIS.

948888 04/18/2018 22:05 : S/A/A



Invoice No. **1001077678**

**Property Clerk Copy**
printed: 09/24/2018 16:51

PCD Storage No.
**18M027081**

Page No. 1 of 2



Invoice No. 1001077678

# NYPD PETS
## PROPERTY AND EVIDENCE TRACKING SYSTEM
### Property Clerk Invoice
PD 521-141(Rev. 11/09)



Invoice No. 1001077678

329814 05/11/2018 15:08 : 49 FROM LAB

| Date Of Incident | Crime Classification | Related To | Penal Code/Description | Receipt |
|---|---|---|---|---|
| 04/18/2018 | FELONY | N/A | 26502/CRIM POSS WEAPON | REFUSED |

| | Prisoner's Name | D.O.B | Age | Address | Arrest No/Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | AZOR, JEAN | 08/08/1973 | 44 | 55 LASALLE STREET, 9F, MANHATTAN, NY | M18622055 | |

| | Name | Tax No. | Address | Phone No. |
|---|---|---|---|---|
| Finder(s) | FORIONE | | , NY | |
| Owner(s) | AZOR, JEAN | | PSNY | |
| Complainant(s) | | | 55 LASALLE STREET, 9F, MANHATTAN, NY | |

Complaint No. 2018-026-01190

Related Comp No (s) N/A

Added/Accident No.(s) N/A

Related Invoice(s) 1001077630

| Approvals | Name | Rank | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DIDONATO, RICHARD | POM | 948888 | PBMN ACU | 04/18/2018 | 18:40 |
| Invoicing Officer | DIDONATO, RICHARD | POM | 948888 | PBMN ACU | 04/18/2018 | 22:08 |
| Approved By | ADDEO, MICHAEL | SGT | 931514 | PBMN ACU | 04/18/2018 | 22:08 |

Property Clerk Copy
printed: 09/24/2018 16:51





**REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)**



RFL# 99000273076

| Type Of Evidence | **FIREARMS/ FIREARMS RELATED** |
|---|---|

| Priority Designation | Property Clerk Invoice No. | Date Of Invoice | Date Of This Report | Detective Case No. |
|---|---|---|---|---|
| **ROUTINE** | **1001077678** | **04/18/2018** | **04/18/2018** | |

| Officers | Rank | Name | Tax No | Command | Phone No | Team/RDO | Email ID |
|---|---|---|---|---|---|---|---|
| Investigating | | N/A | | | | | |
| Responding Officer | | N/A | | | | | |
| Arresting | POM | MARRERO,DARWIN | 946693 | 26TH PRECINCT | | | |
| Detective Supervisor | | N/A | | | | | |
| Evidence Collector | POM | DIDONATO,RICHARD | 946888 | PBMN ACU | | | |
| Medical Examiner No | N/A | | | | | | |
| Offense(s) | | **CRIM POSS WEAPON** | | | | | |

| Complainant/Victim | D.O.B. | Date/Time Of Occurrence | Complaint No | Address Of Occurrence | | Type Of Premises |
|---|---|---|---|---|---|---|
| **PSNY,PSNY** | | 04/18/2018 12:25 | 2018-026-01190 | 55,LASALLE STREET,9F,MANHATTAN,NY,US | | RESIDENCE - PUBLIC HOUSING |

| CSU/ECT Run No. | | No. Of Persons Arrested | | No. Of Suspects | | |
|---|---|---|---|---|---|---|
| 966 | | 1 | | 0 | | |
| | Name | | D.O.B | Arrest No. | Precinct | NYSID No. |
| Arrestee | **AZOR,JEAN** | | 08/08/1973 | N/A | 026 | N/A |

| | | | **Physical Contact** | | | | |
|---|---|---|---|---|---|---|---|
| Was There Physical Contact Between VICTIM And SUSPECT? | **UNKNO** | Was There Physical Contact Between VICTIM And ARRESTEE ? | | | **UNKNOWN** | | |
| Was The Victim Bleeding : | **NO** | How Many : | 0 | Was The Suspect Bleeding : | | **NO** | How Many | 0 |
| Was The Arrestee Bleeding : | **NO** | How Many : | 0 | Others Bleeding : | | **NO** | How Many : | 0 |
| Name | | | D.O.B. | | | | Bleeding |
| **AZOR,JEAN** | | | 08/08/1973 | | Arrestee | | **UNKNOWN** |

Did the victim have consensual sexual contact with one (1) or more sexual partners within ninety-six (96) hours of the time of the assault?

| Name | | D.O.B. | DNA Exemplar Provided |
|---|---|---|---|
| N/A | | N/A | N/A |
| If DNA Exemplar not provided, explain | **N/A** | | |

| | | **DNA ELIMINATION SAMPLES** | | |
|---|---|---|---|---|
| No. Of persons Having Legitimate Access To Evidence, including Victims | 0 | No. Of Persons Provided Elimination Samples, including Victims | 0 | No. Of persons Refused To Provide DNA Samples, including Victims | 1 |
| Explanation If DNA Elimination/Victim Samples Were Not Collected | **N/A** | | | |

Property Clerk
Invoice Item Number

1

| Description of Evidence | FIREARM \|HANDGUN \|REVOLVER \|MAKE:TAURUS \|CALIBER:.38 \|FIREARM COLOR:BLACK \|SERIAL NO. EXISTS:YES \|SERIAL NO.:IU62649 \|LICENSE ACTIVE:NO \|NYSPIN ALARM:NO \| RECOVERED I/O BLK TAURUS CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC |
|---|---|

| **FOR LABORATORY USE ONLY** | OCME-EU No : | Police Laboratory No : |
|---|---|---|



**Lab Copy**
Printed: 09/24/2018 16:51



RFL# 99000273076

REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)





RFL# 9900027307 6

## 1-FIREARMS/AMMUNITION - OPERABILITY

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| | OPERABILITY TESTING/ANALYSIS | PROBATIVE |

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST., APT, 9F, NYC | SKIN CELLS | |

Field Processed? ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS

Compare this item no. 1 to thru No.-item -

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspect/arrestees?   NO
Suspect/Arrestee: N/A
Was DNA Evidence collected from a motor vehicle owned/leased by the suspect/arrestees?   NO
Suspect/Arrestee: N/A   Year:   Make:   Model:   Color:
Property Clerk
Invoice Item Number: 2

Description of Evidence: FIREARM /AMMUNITION /CARTRIDGE /MAKE:FEDERAL /CALIBER:.38 /NYSPIN ALARM:NO | RECOVERED I/O BLK. "TAURUS" CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST., APT, 9F, NYC

## 6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE

BALLISTICS EVIDENCE

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| | BALLISTIC TESTING/ANALYSIS | PROBATIVE |

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST., APT, 9F, NYC | SKIN CELLS | |

Field Processed? ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS

Compare this item no. 2 to thru No.-item -

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspect/arrestees?   NO
Suspect/Arrestee: N/A
Was DNA Evidence collected from a motor vehicle owned/leased by the suspect/arrestees?   NO
Suspect/Arrestee: N/A   Year:   Make:   Model:   Color:
Property Clerk
Invoice Item Number: 3

Description of Evidence: FIREARM /AMMUNITION /CARTRIDGE /MAKE:FEDERAL /CALIBER:.38 /NYSPIN ALARM:NO | RECOVERED I/O YELLOW "LOUIS VUITTON" BAG I/O BEDROOM#1 OF 55 LASALLE ST., APT, 9F, NYC

## 6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE



**REQUEST FOR LABORATORY**
**EXAMINATION REPORT**
**PD 521-165(Rev.01-09)**



RFL# 99000273076

## BALLISTICS EVIDENCE

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | | Biological Bag No. |
|---|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | | |

Field Processed?      **ITEM PROCESSED IN THE FIELD , ITEM PROCESSED – SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS**

Compare this item no. 3 to Inv. No.– Item :

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  NO

Suspect/Arrestee: N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?  NO

Suspect/Arrestee  N/A  Year :  Make:  Model:  Color:

---

### Details

948888 04/18/2018 18:52 :       ON 04/18/18 AT APPROX. 1410 HRS, MNECT RESPONDED TO A RECOVERED FIREARM I/O 55 LASALLE ST, APT. 9F, NYC. PO DIDONATO-948888 RESPONDE D TO ABOVE LOCATION AT APPROX. 1450 HRS AND CONFERRED W/ SAFEGUARDING OFFICER/A/O, PO MARRERO-946693, 026PCT. (1) BLK .38SPL.+P TAURU S REVOLVER, SERIAL#IU62549 WAS RECOVERED BY DET. FORIONE, SHIELD#55 (HARRISON PD) I/O A BLK #TAURUS# CARDBOARD BOX BEDROOM #1 OF 55L ASALLE ST, APT. 9F, DURING AN JOINT SEARCH WARRANT W/ HARRISON PD. (1) ARREST MADE. UNDERSIGNED PROCESSED ABOVE FIREARM, ALONG W/ (5 ) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O BLK #TAURUS# CARDBOARD BOX AND (6) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O YELLOW #LOU IS VUITTON# BAG. FIREARM/BALLISTICS WERE SWABBED FOR DNA AND FUMED FOR POSSIBLE LATENT PRINTS, DNL. FIREARM/BALLISTICS ARE BEING VOU CHERED AND FORWARDED TO THE NYPD LAB FOR OPERABILITY/BALLISTIC TESTING/ANALYSIS.

948888 04/18/2018 22:08 :

---

Note : Acceptance of this request by the laboratory does not constitute a contract to provide services. Requests for testing will fulfilled based rosources, the need to meet investigative and / or legal requirements and laboratory policy.

| Officers | Rank | Name | | Tax No. | Command | Date |
|---|---|---|---|---|---|---|
| Report Prepared by | POM | DIDONATO,RICHARD | | 948888 | PBMN ACU | 04/18/2018 |
| Supervisor | SGT | ADDEO,MICHAEL | | 931514 | PBMN ACU | 04/18/2018 |

**Lab Copy**
Printed 09/24/2018 16:51



RFL # 99000273076

# Assigned Investigator Copy

Printed: 09/24/2018 16:51

RFL# 990002273076

| FOR LABORATORY USE ONLY | OCME-EU No : | Police Laboratory No : |
|---|---|---|

**Description of Evidence**

FIREARM (HANDGUN (REVOLVER (MAKE:TAURUS (CALIBER:.38 FIREARM COLOR:BLACK (SERIAL NO. EXISTS:YES (SERIAL NO.:JIU62549 (LICENSE ACTIVE:NO (NYSPIN ALARM:NO) I RECOVERED I/O BLK TAURUS CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, APT, 9F, NYC

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice Item Number | | | | | | |
| 1 | | | | | | |

Property Clerk

Explanation II DNA Elimination/Victim Samples Were Not Collected: N/A

**DNA ELIMINATION SAMPLES**

| No. Of persons Having Legitimate Access I To Evidence, Including Victims | | No. Of Persons Provided Elimination Samples, Including Victims | | No. Of persons Refused To Provide DNA Samples, Including Victims | |
|---|---|---|---|---|---|
| N/A | | 0 | | 0 | 1 |

II DNA Exemplar not provided, explain | N/A

| Name | D.O.B | DNA Exemplar Provided |
|---|---|---|
| N/A | N/A | N/A |

Did the victim have consensual sexual contact with one (1) or more sexual I partners within ninety-six (96) hours of the time of the assault?

| Name | D.O.B | Arrestee | |
|---|---|---|---|
| AZOR,JEAN | 08/08/1973 | Arrestee | UNKNOWN |

| Was This Victim Bleeding: | | How Many | | Was The Suspect Bleeding: | | Others Bleeding: | | How Many | | Was The Arrestee Bleeding: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ON | 0 | | | ON | 0 | | | ON | | Others Bleeding: | 0 |
| ON | 0 | | | ON | | | | | | | |

Was There Physical Contact Between VICTIM And ARRESTEE ? | UNKNO | Was There Physical Contact Between VICTIM And SUSPECT? | UNKNOWN

**Physical Contact**

| Name | D.O.B | Arrest No. | Precinct | NYSID No. |
|---|---|---|---|---|
| AZOR,JEAN | 08/08/1973 | 026 | N/A | N/A |

| No. Of Persons Arrested | No. Of Suspects |
|---|---|
| 1 | 0 |

996

| | CSI/ECT Run No. | |
|---|---|---|
| | | PUBLIC HOUSING |

| Complainant/Victim | D.O.B | Date/Time Of Occurrence | Address Of Occurrence | Complaint No. | Type Of Premises |
|---|---|---|---|---|---|
| PSNY,PSNY | | 04/18/2018 12:25 | 55,LASALLE STREET,9F,MANHATTAN,NY,US | 2018-026-01190 | RESIDENCE - |

Offense(s)

CRIM POSS WEAPON

| | Rank | Name | Tax No. | Command | Phone No | Email ID |
|---|---|---|---|---|---|---|
| Medical Examiner No | N/A | | | | | |
| Evidence Collector | POM | DIDONATO,RICHARD | 948888 | PBMN ACU | | |
| Detective Supervisor | N/A | | | | | |
| Arresting | POM | MARRERO,DARWIN | 946693 | 26TH PRECINCT | | |
| Responding Officer | N/A | | | | | |
| (Investigating) | N/A | | | TeamRDO | | |

| Priority Designation | Property Clerk Invoice No. | Date Of Invoice | Date Of This Report | Detective Case No. |
|---|---|---|---|---|
| ROUTINE | 1001077678 | 04/18/2018 | 04/18/2018 | |

Type Of Evidence

**FIREARMS/ FIREARMS RELATED**



## REQUEST FOR LABORATORY EXAMINATION REPORT
### PD 521-165(Rev.01-09)

RFL# 990002273076



**REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)**



RFL# 99000273076

## BALLISTICS EVIDENCE

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | |

Field Processed?  **ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS**

Compare this item no. 3 to Inv  No.- Item:

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  NO

Suspect/Arrestee . N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?  NO

Suspect/Arrestee : N/A  Year ·  Make  Model ·  Color:

| Details |
|---|

948888 04/18/2018 18:52 :   ON 04/18/18 AT APPROX. 1410 HRS, MNECT RESPONDED TO A RECOVERED FIREARM I/O 55 LASALLE ST, APT. 9F, NYC. PO DIDONATO-948888 RESPONDE D TO ABOVE LOCATION AT APPROX. 1450 HRS AND CONFERRED W/ SAFEGUARDING OFFICER/A/O, PO MARRERO-946693, 026PCT. (1) BLK .38SPL+P TAURU S REVOLVER, SERIAL#IU62549 WAS RECOVERED BY DET. FORIONE, SHIELD#55 (HARRISON PD) I/O A BLK #TAURUS# CARDBOARD BOX BEDROOM #1 OF 55L ASALLE ST, APT. 9F, DURING AN JOINT SEARCH WARRANT W/ HARRISON PD. (1) ARREST MADE. UNDERSIGNED PROCESSED ABOVE FIREARM, ALONG W/ (5 ) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O BLK #TAURUS# CARDBOARD BOX AND (6) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O YELLOW #LOU IS VUITTON# BAG. FIREARM/BALLISTICS WERE SWABBED FOR DNA AND FUMED FOR POSSIBLE LATENT PRINTS, DNL. FIREARM/BALLISTICS ARE BEING VOU CHERED AND FORWARDED TO THE NYPD LAB FOR OPERABILITY/BALLISTIC TESTING/ANALYSIS.

948888 04/18/2018 22:08 :

Note : Acceptance of this request by the laboratory does not constitute a contract to provide services. Requests for testing will fulfilled based resources, the need to meet investigative and / or legal requirements and laboratory policy.

| Officers | Rank | Name | Tax No | Command | Date |
|---|---|---|---|---|---|
| Report Prepared by | POM | DIDONATO,RICHARD | 94888B | PBMN ACU | 04/18/2018 |
| Supervisor | SGT | ADDEO,MICHAEL | 931514 | PBMN ACU | 04/18/2018 |

## OCME - Forensic Biology Unit Copy

Printed: 09/24/2018 16:51

RFL#99000273076



**REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)**



RFL# 99000273076

Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value

**1-FIREARMS/AMMUNITION - OPERABILITY** | **OPERABILITY TESTING/ANALYSIS** | **PROBATIVE**

Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence

**I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC** | **SKIN CELLS** | Biological Bag No.

Field Processed? | **ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS**

Compare this item no. 1 to Inv. No - Item :

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?  NO

Suspect/Arrestee : N/A  Year :  Make :  Model :  Color :

Property Clerk

Invoice Item Number

**2**

Description of Evidence | **FIREARM |AMMUNITION  |CARTRIDGE |MAKE:FEDERAL |CALIBER:.38 |NYSPIN ALARM:NO | RECOVERED I/O BLK, "TAURUS" CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, NYC**

Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value

**6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE BALLISTICS EVIDENCE** | **BALLISTIC TESTING/ANALYSIS** | **PROBATIVE**

Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence

**I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST., APT. 9F, NYC** | **SKIN CELLS** | Biological Bag No.

Field Processed? | **ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS**

Compare this item no. 2 to Inv. No.-Item :

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?  NO

Suspect/Arrestee : N/A  Year :  Make :  Model :  Color :

Property Clerk

Invoice Item Number

**3**

Description of Evidence | **FIREARM |AMMUNITION  |CARTRIDGE |MAKE:FEDERAL |CALIBER:.38 |NYSPIN ALARM:NO | RECOVERED I/O YELLOW "LOUS VUITTON" BAG I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC**

Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value

**6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE** | **BALLISTIC TESTING/ANALYSIS** | **PROBATIVE**

**Assigned Investigator Copy**
Printed: 09/24/2018 16:51

RFL# 99000273076



**REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)**



RFL# 99000273076

**BALLISTICS EVIDENCE**

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | |

Field Processed?   **ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS**

Compare this item no. 3 to Inv No.- Item .

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?   NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?   NO

Suspect/Arrestee : N/A  Year :  Make : Model :  Color:

---

**Details**

948888 04/18/2018 18:52 :   ON 04/18/18 AT APPROX. 1410 HRS, MNECT RESPONDED TO A RECOVERED FIREARM I/O 55 LASALLE ST, APT. 9F, NYC. PO DIDONATO-948888 RESPONDE D TO ABOVE LOCATION AT APPROX. 1450 HRS AND CONFERRED W/ SAFEGUARDING OFFICER/A/O, PO MARRERO-946693, 026PCT. (1) BLK .38SPL+P TAURU S REVOLVER, SERIAL#IU62549 WAS RECOVERED BY DET. FORIONE, SHIELD#55 (HARRISON PD) I/O A BLK #TAURUS# CARDBOARD BOX BEDROOM #1 OF 55L ASALLE ST, APT. 9F, DURING AN JOINT SEARCH WARRANT W/ HARRISON PD. (1) ARREST MADE. UNDERSIGNED PROCESSED ABOVE FIREARM, ALONG W/ (5 ) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O BLK #TAURUS# CARDBOARD BOX AND (6) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O YELLOW #LOU IS VUITTON# BAG. FIREARM/BALLISTICS WERE SWABBED FOR DNA AND FUMED FOR POSSIBLE LATENT PRINTS, DNL. FIREARM/BALLISTICS ARE BEING VOU CHERED AND FORWARDED TO THE NYPD LAB FOR OPERABILITY/BALLISTIC TESTING/ANALYSIS.

948888 04/18/2018 22:08 :

---

Note : Acceptance of this request by the laboratory does not constitute a contract to provide services. Requests for testing will fulfilled based resources, the need to meet investigative and / or legal requirements and laboratory policy.

| Officers | Rank | Name | Tax No. | Command | Date |
|---|---|---|---|---|---|
| Report Prepared by | POM | DIDONATO,RICHARD | 948888 | PBMN ACU | 04/18/2018 |
| Supervisor | SGT | ADDEO,MICHAEL | 931514 | PBMN ACU | 04/18/2018 |

**Assigned Investigator Copy**
Printed: 09/24/2018 16:51

RFL# 99000273076



**REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)**



RFL# 99000273076

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| **1-FIREARMS/AMMUNITION - OPERABILITY** | OPERABILITY TESTING/ANALYSIS | **PROBATIVE** |

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | |

Field Processed?   ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS

Compare this item no. 1 to Inv. No.- Item

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?   NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?   NO

Suspect/Arrestee : N/A  Year :  Make : Model :  Color :

Property Clerk

Invoice Item Number

2

| Description of Evidence | FIREARM |AMMUNITION |CARTRIDGE |MAKE:FEDERAL |CALIBER:.38 |NYSPIN ALARM:NO | RECOVERED I/O BLK, "TAURUS" CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC |
|---|---|

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| **6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE BALLISTICS EVIDENCE** | BALLISTIC TESTING/ANALYSIS | **PROBATIVE** |

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | |

Field Processed7    ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS

Compare this item no. 2 to Inv. No.-Item

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?   NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?   NO

Suspect/Arrestee : N/A  Year : Make :  Model :  Color :

Property Clerk

Invoice Item Number

3

| Description of Evidence | FIREARM |AMMUNITION |CARTRIDGE |MAKE:FEDERAL |CALIBER:.38 |NYSPIN ALARM:NO | RECOVERED I/O YELLOW "LOUS VUITTON" BAG I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC |
|---|---|

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| **6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE** | BALLISTIC TESTING/ANALYSIS | **PROBATIVE** |

**Collector of Evidence Copy**

Printed: 09/24/2018 16:51



RFL# 99000273076

 **REQUEST FOR LABORATORY EXAMINATION REPORT**
PD 521-165(Rev.01-09)



**RFL# 99000273076**

| Type Of Evidence | **FIREARMS/ FIREARMS RELATED** | | | | | |
|---|---|---|---|---|---|---|

| Priority Designation | Property Clerk Invoice No. | | Date Of Invoice | Date Of This Report | | Detective Case No. |
|---|---|---|---|---|---|---|
| **ROUTINE** | **1001077678** | | **04/18/2018** | **04/18/2018** | | |

| Officers | Rank | Name | | Tax No. | Command | Phone No. | Team/RDO | Email ID |
|---|---|---|---|---|---|---|---|---|
| Investigating | | **N/A** | | | | | | |
| Responding Officer | | **N/A** | | | | | | |
| Arresting | **POM** | **MARRERO,DARWIN** | | **945693** | **26TH PRECINCT** | | | |
| Detective Supervisor | | **N/A** | | | | | | |
| Evidence Collector | **POM** | **DIDONATO,RICHARD** | | **948888** | **PBMN ACU** | | | |
| Medical Examiner No | **N/A** | | | | | | | |
| Offense(s) | **CRIM POSS WEAPON** | | | | | | | |

| Complainant/Victim | | D.O.B. | Date/Time Of Occurrence | Complaint No. | Address Of Occurrence | | Type Of Premises |
|---|---|---|---|---|---|---|---|
| **PSNY,PSNY** | | | **04/18/2018 12:25** | **2018-026-01190** | **55,LASALLE STREET,9F,MANHATTAN,NY,US** | | **RESIDENCE - PUBLIC HOUSING** |

| CSU/EGT-Run No. | | | No. Of Persons Arrested | | No. Of Suspects | | |
|---|---|---|---|---|---|---|---|
| **966** | | | **1** | | **0** | | |

| | Name | | | D.O.B. | Arrest No. | Precinct | NYSID No. |
|---|---|---|---|---|---|---|---|
| Arrestee | **AZOR,JEAN** | | | **08/08/1973** | **N/A** | **026** | **N/A** |

| Physical Contact | | | | | | | |
|---|---|---|---|---|---|---|---|
| Was There Physical Contact Between VICTIM And SUSPECT? | **UNKNO** | | Was There Physical Contact Between VICTIM And ARRESTEE ? | **UNKNOWN** | | | |
| Was The Victim Bleeding : | **NO** | How Many : | **0** | Was The Suspect Bleeding : | **NO** | How Many | **0** |
| Was The Arrestee Bleeding : | **NO** | How Many : | **0** | Others Bleeding : | **NO** | How Many : | **0** |

| Name | | D.O.B. | | | | Bleeding | |
|---|---|---|---|---|---|---|---|
| **AZOR,JEAN** | | **08/08/1973** | | | **Arrestee** | **UNKNOWN** | |

Did the victim have consensual sexual contact with one (1) or more sexual partners within ninety-six (96) hours of the time of the assault?

| Name | | D.O.B. | | DNA Exemplar Provided | |
|---|---|---|---|---|---|
| **N/A** | | **N/A** | | **N/A** | |
| If DNA Exemplar not provided, explain | **N/A** | | | | |

| DNA ELIMINATION SAMPLES | | | | | |
|---|---|---|---|---|---|
| No. Of persons Having Legitimate Access To Evidence, Including Victims | **0** | No. Of Persons Provided Elimination Samples, Including Victims | **0** | No. Of persons Refused To Provide DNA Samples, Including Victims | **1** |
| Explanation If DNA Elimination/Victim Samples Were Not Collected | **N/A** | | | | |

Property Clerk Invoice Item Number

**1**

Description of Evidence   **FIREARM |HANDGUN |REVOLVER |MAKE:TAURUS |CALIBER:.38 |FIREARM COLOR:BLACK |SERIAL NO. EXISTS:YES |SERIAL NO.:IU62549 |LICENSE ACTIVE:NO |NYSPIN ALARM:NO | RECOVERED I/O BLK TAURUS CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, APT, 9F, NYC**

| FOR LABORATORY USE ONLY | OCME-EU No : | Police Laboratory No : |
|---|---|---|

**Collector of Evidence Copy**
Printed: 09/24/2018 16:51



**RFL# 99000273076**



**REQUEST FOR LABORATORY EXAMINATION REPORT**
PD 521-165(Rev.01-09)



RFL# 99000273076

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| **1-FIREARMS/AMMUNITION - OPERABILITY** | OPERABILITY TESTING/ANALYSIS | PROBATIVE |

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | |

Field Processed?   ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS

Compare this item no. 1 to Inv. No.~Item :

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?  NO

Suspect/Arrestee . N/A  Year :  Make :  Model :   Color:

Property Clerk

Invoice Item Number

| 2 | | |
|---|---|---|

Description of Evidence   FIREARM |AMMUNITION |CARTRIDGE |MAKE:FEDERAL |CALIBER:.38 |NYSPIN ALARM:NO | RECOVERED I/O BLK, "TAURUS" CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| **6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE BALLISTICS EVIDENCE** | BALLISTIC TESTING/ANALYSIS | PROBATIVE |

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | |

Field Processed?   ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS

Compare this item no. 2 to Inv. No.~Item :

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?  NO

Suspect/Arrestee  N/A  Year : Make :  Model :   Color:

Property Clerk

Invoice Item Number

| 3 | | |
|---|---|---|

Description of Evidence   FIREARM |AMMUNITION |CARTRIDGE |MAKE:FEDERAL |CALIBER:.38 |NYSPIN ALARM:NO | RECOVERED I/O YELLOW "LOUS VUITTON" BAG I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC

| Analysis Exam No. | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|
| **6-BALLISTICS - MICROSCOPIC COMPARISON TO A KNOWN "TEST FIRE" OR TO CRIME SCENE** | BALLISTIC TESTING/ANALYSIS | PROBATIVE |

**OCME - Forensic Biology Unit Copy**
Printed: 09/24/2018 16:51

RFL# 99000273076



**REQUEST FOR LABORATORY EXAMINATION REPORT**
PD 521-165(Rev.01-09)



RFL# 9 9 0 0 0 2 7 3 0 7 6

| Type Of Evidence | FIREARMS/ FIREARMS RELATED |
|---|---|

| Priority Designation | Property Clerk Invoice No. | Date Of Invoice | Date Of This Report | Detective Case No. |
|---|---|---|---|---|
| ROUTINE | 1001077678 | 04/18/2018 | 04/18/2018 | |

| Officers | Rank | Name | Tax No | Command | Phone No | Team/RDO | Email ID |
|---|---|---|---|---|---|---|---|
| Investigating | | N/A | | | | | |
| Responding Officer | | N/A | | | | | |
| Arresting | POM | MARRERO,DARWIN | 946693 | 26TH PRECINCT | | | |
| Detective Supervisor | | N/A | | | | | |
| Evidence Collector | POM | DIDONATO,RICHARD | 948888 | PBMN ACU | | | |
| Medical Examiner No | N/A | | | | | | |
| Offense(s) | CRIM POSS WEAPON | | | | | | |

| Complainant/Victim | D.O.B. | Date/Time Of Occurrence | Complaint No | Address Of Occurrence | Type Of Premises |
|---|---|---|---|---|---|
| PSNY,PSNY | | 04/18/2018 12:25 | 2018-026-01190 | 55,LASALLE STREET,9F,MANHATTAN,NY,US | RESIDENCE - PUBLIC HOUSING |

| CSU/ECT Run No. | | No. Of Persons Arrested | No. Of Suspects | |
|---|---|---|---|---|
| 966 | | 1 | 0 | |

| | Name | | D.O.B | Arrest No. | Precinct | NYSID No. |
|---|---|---|---|---|---|---|
| Arrestee | AZOR,JEAN | | 08/08/1973 | N/A | 026 | N/A |

### Physical Contact

| Was There Physical Contact Between VICTIM And SUSPECT? | UNKNO | Was There Physical Contact Between VICTIM and ARRESTEE ? | UNKNOWN | | |
|---|---|---|---|---|---|
| Was The Victim Bleeding : | NO | How Many : | 0 | Was The Suspect Bleeding : | NO | How Many | 0 |
| Was The Arrestee Bleeding : | NO | How Many : | 0 | Others Bleeding : | NO | How Many : | 0 |

| Name | | D.O.B. | | Bleeding |
|---|---|---|---|---|
| AZOR,JEAN | | 08/08/1973 | Arrestee | UNKNOWN |

Did the victim have consensual sexual contact with one (1) or more sexual partners within ninety-six (96) hours of the time of the assault?

| Name | D.O.B | DNA Exemplar Provided |
|---|---|---|
| N/A | N/A | N/A |
| If DNA Exemplar not provided, explain   N/A | | |

### DNA ELIMINATION SAMPLES

| No. Of persons Having Legitimate Access To Evidence, Including Victims | 0 | No. Of Persons Provided Elimination Samples, Including Victims | 0 | No. Of persons Refused To Provide DNA Samples, Including Victims | 1 |
|---|---|---|---|---|---|

Explanation If DNA Elimination/Victim Samples Were Not Collected  N/A

Property Clerk

Invoice Item Number

1

Description of Evidence   FIREARM |HANDGUN |REVOLVER |MAKE:TAURUS |CALIBER:.38 |FIREARM COLOR:BLACK |SERIAL  NO. EXISTS:YES |SERIAL NO.:IU62549 |LICENSE ACTIVE:NO |NYSPIN ALARM:NO | RECOVERED I/O BLK TAURUS CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC

| FOR LABORATORY USE ONLY | OCME-EU No : | Police Laboratory No : |
|---|---|---|

**OCME - Forensic Biology Unit Copy**
Printed: 09/24/2018 16:51



RFL# 9 9 0 0 0 2 7 3 0 7 6



**REQUEST FOR LABORATORY**
**EXAMINATION REPORT**
PD 521-165(Rev.01-09)



RFL# 99000273076

## BALLISTICS EVIDENCE

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| I/O A BLK "TAURUS" CARDBOARD BOX I/O BEDROOM #1 OF 55 LASALLE ST, APT. 9F, NYC | SKIN CELLS | |

Field Processed?    ITEM PROCESSED IN THE FIELD , ITEM PROCESSED - SWABBED FOR DNA , ITEM PROCESSED-APPLIED POWDER FOR PRINTS , ITEM PROCESSED - FUMED FOR PRINTS

Compare this item no. 3 to Inv  No.– Item :

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  NO

Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees?  NO

Suspect/Arrestee : N/A  Year   Make  Model   Color:

---

| Details |
|---|

948888 04/18/2018 18:52 :    ON 04/18/18 AT APPROX. 1410 HRS, MNECT RESPONDED TO A RECOVERED FIREARM I/O 55 LASALLE ST, APT. 9F, NYC. PO DIDONATO-948888 RESPONDE D TO ABOVE LOCATION AT APPROX. 1450 HRS AND CONFERRED W/ SAFEGUARDING OFFICER/A/O, PO MARRERO-946693, 026PCT. (1) BLK .38SPL+P TAURU S REVOLVER, SERIAL#IU62549 WAS RECOVERED BY DET. FORIONE, SHIELD#55 (HARRISON PD) I/O A BLK #TAURUS# CARDBOARD BOX BEDROOM #1 OF 55L ASALLE ST, APT. 9F, DURING AN JOINT SEARCH WARRANT W/ HARRISON PD. (1) ARREST MADE. UNDERSIGNED PROCESSED ABOVE FIREARM, ALONG W/ (5) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O BLK #TAURUS# CARDBOARD BOX AND (6) .38SPL #FEDERAL# CARTRIDGES RECOVERED I/O YELLOW #LOU IS VUITTON# BAG. FIREARM/BALLISTICS WERE SWABBED FOR DNA AND FUMED FOR POSSIBLE LATENT PRINTS, DNL. FIREARM/BALLISTICS ARE BEING VOU CHERED AND FORWARDED TO THE NYPD LAB FOR OPERABILITY/BALLISTIC TESTING/ANALYSIS.

948888 04/18/2018 22:08 :

---

Note : Acceptance of this request by the laboratory does not constitute a contract to provide services. Requests for testing will fulfilled based resources, the need to meet investigative and / or legal requirements and laboratory policy.

| Officers | Rank | Name | Tax No | Command | Date |
|---|---|---|---|---|---|
| Report Prepared by | POM | DIDONATO,RICHARD | 948888 | PBMN ACU | 04/18/2018 |
| Supervisor | SGT | ADDEO,MICHAEL | 931514 | PBMN ACU | 04/18/2018 |

## OCME - Forensic Biology Unit Copy
Printed: 09/24/2018 18:51

RFL# 99000273076



**REQUEST FOR LABORATORY EXAMINATION REPORT**
PD 521-165(Rev.01-09)



RFL# 99000273076

| Type Of Evidence | **FIREARMS/ FIREARMS RELATED** | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Priority Designation | Property Clerk Invoice No. | | | Date Of Invoice | Date Of This Report | | Detective Case No. | |
|---|---|---|---|---|---|---|---|---|
| **ROUTINE** | **1001077678** | | | **04/18/2018** | **04/18/2018** | | | |

| Officers | Rank | Name | | Tax No. | Command | Phone No | Team/RDO | Email ID |
|---|---|---|---|---|---|---|---|---|
| Investigating | | N/A | | | | | | |
| Responding Officer | | N/A | | | | | | |
| Arresting | POM | MARRERO,DARWIN | | 946693 | 26TH PRECINCT | | | |
| Detective Supervisor | | N/A | | | | | | |
| Evidence Collector | POM | DIDONATO,RICHARD | | 948888 | PBMN ACU | | | |
| Medical Examiner No | N/A | | | | | | | |
| Offense(s) | **CRIM POSS WEAPON** | | | | | | | |

| Complainant/Victim | | D.O.B. | Date/Time Of Occurence | Complaint No. | Address Of Occurrence | | Type Of Premises |
|---|---|---|---|---|---|---|---|
| **PSNY,PSNY** | | | **04/18/2018 12:25** | **2018-026-01190** | **55,LASALLE STREET,9F,MANHATTAN,NY,US** | | **RESIDENCE - PUBLIC HOUSING** |

| CSU/ECT Run No. | | No. Of Persons Arrested | No. Of Suspects | | |
|---|---|---|---|---|---|
| **966** | | **1** | **0** | | |

| | Name | | D.O.B | Arrest No. | Precinct | NYSID No. |
|---|---|---|---|---|---|---|
| Arrestee | **AZOR,JEAN** | | **08/08/1973** | **N/A** | **026** | **N/A** |

### Physical Contact

| Was There Physical Contact Between VICTIM And SUSPECT? | **UNKNO** | Was There Physical Contact Between VICTIM And ARRESTEE ? | | **UNKNOWN** | | |
|---|---|---|---|---|---|---|
| Was The Victim Bleeding : | **NO** | How Many : | 0 | | | |
| Was The Arrestee Bleeding : | **NO** | How Many : | 0 | Was The Suspect Bleeding : | **NO** | How Many    0 |
| | | | | Others Bleeding : | **NO** | How Many :    0 |

| Name | | D.O.B. | | | Bleeding |
|---|---|---|---|---|---|
| **AZOR,JEAN** | | **08/08/1973** | | Arrestee | **UNKNOWN** |

Did the victim have consensual sexual contact with one (1) or more sexual partners within ninety-six (96) hours of the time of the assault?

| Name | D.O.B. | DNA Exemplar Provided |
|---|---|---|
| **N/A** | **N/A** | **N/A** |
| If DNA Exemplar not provided, explain    **N/A** | | |

### DNA ELIMINATION SAMPLES

| No. Of persons Having Legitimate Access To Evidence, including Victims | 0 | No. Of Persons Provided Elimination Samples, including Victims | 0 | No. Of persons Refused To Provide DNA Samples, including Victims | 1 |
|---|---|---|---|---|---|
| Explanation If DNA Elimination/Victim Samples Were Not Collected **N/A** | | | | | |

Property Clerk
Invoice Item Number

1

Description of Evidence    **FIREARM |HANDGUN |REVOLVER |MAKE:TAURUS |CALIBER:.38 |FIREARM COLOR:BLACK |SERIAL NO. EXISTS:YES |SERIAL NO.:IU62549 |LICENSE ACTIVE:NO |NYSPIN ALARM:NO | RECOVERED I/O BLK TAURUS CARDBOARD BOX I/O BEDROOM#1 OF 55 LASALLE ST, APT. 9F, NYC**

| FOR LABORATORY USE ONLY | OCME-EU No : | Police Laboratory No : |
|---|---|---|
| | | |

## Assigned Investigator Copy
Printed: 09/24/2018 16:51



RFL# 99000273076

2126781333

09:56:00 p.m.   04-18-2018   1 /12

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Jean Azor (M 44),

Defendant.

FELONY

ADA Samantha LiTrenta
(212) 335-3611

Police Officer Darwin Marrero, Shield #3175 of the 26th Precinct, states as follows:

*The defendant is charged with:*

1. PL 265.03(1)(b)   Criminal Possession of a Weapon in the Second Degree
   (defendant #1: 1 count)

2. PL 265.02(1)   Criminal Possession of a Weapon in the Third Degree
   (defendant #1: 1 count)

On or about April 18, 2018 at about 12:25 P.M., inside 550 West 125th Street, 9F in the County and State of New York, the defendant possessed a loaded firearm with intent to use it unlawfully against another; the defendant committed the crime of criminal possession of a weapon in the fourth degree pursuant to subdivisions one, two, three or five of Penal Law 265.01, having been previously convicted of a crime.

*The factual basis for these charges are as follows:*

I participated in the execution of a search warrant at the above location. I am informed by Detective Johnny Porgione, shield # 55 of the Harrison Police Department, that he took a .38 caliber Taurus revolver from the floor beneath a dresser in a bedroom at the above location. I examined the firearm and observed that it was loaded. The defendant stated to me, in substance, that he slept in that bedroom.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

Police Officer Darwin Marrero        Date 4/18/18   Time 2209h

2126781333                                              09:56:00 p.m.   04-18-2018          1/12

# CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 1 of 1

### THE PEOPLE OF THE STATE OF NEW YORK

-against-

Jean Azor (M 44),

Defendant.

**FELONY**

ADA Samantha LiTrenta
(212) 335-3611

Police Officer Darwin Marrero, Shield #3175 of the 26th Precinct, states as follows:

*The defendant is charged with:*

1. PL 265.03(1)(b)   Criminal Possession of a Weapon in the Second Degree
(defendant #1: 1 count)

2. PL 265.02(1)   Criminal Possession of a Weapon in the Third Degree
(defendant #1: 1 count)

On or about April 18, 2018 at about 12:25 P.M., inside 550 West 125th Street, 9F in the County and State of New York, the defendant possessed a loaded firearm with intent to use it unlawfully against another; the defendant committed the crime of criminal possession of a weapon in the fourth degree pursuant to subdivisions one, two, three or five of Penal Law 265.01, having been previously convicted of a crime.

*The factual basis for these charges are as follows:*

I participated in the execution of a search warrant at the above location. I am informed by Detective Johnny Forgione, shield # 55 of the Harrison Police Department, that he took a .38 caliber Taurus revolver from the floor beneath a dresser in a bedroom at the above location. I examined the firearm and observed that it was loaded. The defendant stated to me, in substance, that he slept in that bedroom.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

_____
Police Officer Darwin Marrero

4/16/18
Date

2209h
Time

DATE : 9/23/19

Att:  INTERNAL AAFFAIRS BUREAU

IABGroup10@NYPD.org

RE: Sonja Griffin IAB#2019-34296


To whom this may concern i Sonja Griffin was informed on Sunday 9/15/19 by Internal Affairs  that I had
to give a statement of all my stolen properties missing out of my house on 4-18-2018 by Sgt. Bonilla and
Det. Dasantos here it is as follows:  $ 10,000 of my grandchildren trust that was inside of my lane Bryant
jacket that they took out of  my house. (2) Winter brand new coats of which had tags still on them and in
plastic because I never wore them.  They were in the back of my closest along with my lane Bryant
jacket and they to are missing they are nowhere on any evidence sheet nor log sheets yet you see all the
above mention names of the Harrison PD/26pct personnel whom was indeed there to assist as well as
provoke downstairs in front of me in which it was no need but ok. I was also informed  the same thing
occurred upstairs and even worst to my son Stanley by the excuse my French same like lesbian female
officers .   (7) Jewelry boxes  containing a mixture of White gold,  Gold, diamond, as well as Cuban link
diamond cut chains (3) diamond name chains of my children names Pernell,  Shayna,  Stanley,. Diamond
chokers vcut , diamond ball chain, various chains, 18' Cuban link  chain with medium sz.  gold cross have
picture as proof. My daughter's 1st pr. Of 1carat diamond earrings in black suede box, a  Chinese pouch
with various diamond earrings, over 12 bracelets diamond/diamond cut a variety of rings/engagement
rings wedding bands diamond/diamond cut as well.(1) white diamond coach watch  Juicy couture
earrings belonging to my granddaughters their lil chains & name bracelets  (1)tweeted pearl choker
belonging to my deceased grandma with a gold latch in a red jewelry box all sorts of diamond earrings/
diamond cut earrings, 6pr Gucci shades, over 7 pairs.  of coach shades, different designer shades, Calvin
Klein, Michael Khors, etc... different designer watches. These officers even stole my broken diamond
jewelry and left me scraps please review pictures .  They dumped out all my stuff out my bags to cover
themselves staged my room that's why no one was allowed to watch them search only the "Front" part
of the house because they was stealing " VIOLATING THE LAW WITH A BADGE". My grandchildren
jewelry was inside these boxes as well . My jewelry was inside one of my black leather pocketbooks with
a purple inside (2)zip lock plastic bags all of which was locked in my closest none of my jewelry was out
laying around only what I had on the day I was taken in and accused on 4/18/18/.  All of our personals
documents  birth certificates, socials, grandmother/ father death certificates obituaries  pictures,
personal pictures, Personal paperwork, old phones, cameras, not listed from my closest that belong to
me. My properties that was taken by Alexander Bucci as I have now been advised is the female with the
tall Harrison Pd male officer  who was very unprofessional ,tried to provoked me and my loved ones and
friend  harassed and tried to intimidate Loui Vutton  bag had Loui  Vutton wallet inside, red Gucci wallet
inside  another change purse wallet inside a lot of personal paperwork, statements, portable charger,
headphones , 8active phone, note4 phone, $365 something dollars bank statement, ID,  White diamond
watch , (1) sterling silver purple rose I love you mom choker, (1)size 11 gold diamond ring,  a lot of gift

cards that my daughter had achieved throughout the school year outside of store credits and gift cards that was generally given to my daughter and grandkids. Officer Bucci along with the male officer there and a Seargent there with blond hair she was short on 4/18/18 told me Anthony Salov,Kevin Wong, William Curow and the rest of them will come and speak wit me and give me a copy of my receipt for me to sign and wait . I never got a copy and never seen my personals listed on no log or evidence sheet. To the best of my knowledge this is the least that Im misissing . IF I WAS TO SEE ALL MY PERSONALS I GUARANTEE YOU ALL I WILL BE ABLE TO TELL YOUEVERYTHING TO THE T. BUT, PEOPLE WITH CREDENTIALS WHO KNEW AND KNOW WHAT I'VE BEEN THROUGH IN LIFE KNEW AND KNOW ALL THAT I SAY IS TRUE WHEN IT COMES TO MY PROPERTIES. My Gucci eyeglasses they said was stolen what a laugh as I spoke to Internal Affairs because I had just bought the frames from the hospital I was able to retrieve the receipt right away and the crooks had to release them. I say this because Alexander Bucci and this male officer knew I had a medical condition as the others. They didn't care nor did they care about the truth .they are who they have been reported to be. THEY ARE FULL OF CORRUPTION , NEPOTISM, AND FAVORTISM AND IT DOESN'T MATTER TO THEM. AGAIN THIS IS MY TRUTH AND AS BEST TO MY KNOWLEDGE. I HAVE AUDIO IT PLAYS BETTER FROM ONE OF OUR PHONE WE HAVE BEEN TRYING TO FIND A WAY TO RETRIEVE IT FOR YOU ALL BUT, YES WE HAVE IT. WE HAVE PICTURES. WE ALSO HAVE THE VIDEO BUT IT KIEEPS FREEZING. THE TRUTH IS THE TRUTH .

Authorization
of Notary

Dated: 9-23-19

# EXHIBIT B

EXHIBIT C

*Including all officers attached (who works there all together (Exhibit I) pages 1 of 5*



# HEY, HEALTHCARE MARKETERS:

## LOCALiQ

# Third female Harrison police officer claims harassment

Mark Lungariello, Rockland/Westchester Journal News   Published 4:57 p.m. ET March 22, 2019 | Updated 9:27 a.m. ET March 25, 2019

HARRISON – A traffic laborer in the Police Department was suspended without pay after he was accused of harassing a female officer, The Journal News/lohud has learned.

The accuser is the third woman in the department to file an internal complaint since December 2016. Harrison today has only four female officers out of 67 budgeted positions.

Details of the accusations aren't available and officials reached declined comment on specifics over privacy concerns.

But Town Board officials voted to suspend laborer Rick Bisceglia in a closed-door session at the end of their last meeting, on March 7.

Buy Photo



Harrison Town Hall, photographed July 9, 2016. *(Photo: Seth Harrison/The Journal News)*

Bisceglia was suspended without pay for 15 days beginning March 8. The identity of the officer who made the complaint is being withheld by The Journal News/lohud.

Bisceglia isn't an officer or member of the police union. The two traffic laborers each receive $52,000-a-year salaries, according to Harrison's 2018 adopted budget (https://www.harrison-ny.gov/sites/harrisonny/files/uploads/2018adoptedbudget.pdf). Laborers' work may include installing signs.

Town Councilman Fred Sciliano declined to discuss the specific situation, but said broadly he believed the town had a strong anti-harassment policy and sensitivity training. Employees who are found not to follow the policies are dealt with, he said.

3 free articles left.

Calls to town Supervisor Ron Belmont weren't returned. Police Chief Joseph Yasinski didn't return a call either.

Buy Photo

Pg. 2 of 5



Harrison police Chief Anthony Marraccini. *(Photo: Tania Savayan/The Journal News)*

A period of instability in the department began in late 2016, when then-Chief Anthony Marraccini resigned while suspended. Although town elected officials never publicly disclosed the reasons for the suspension, The Journal News/lohud reported he was accused of putting in to be paid for hours he didn't work. Marraccini said he did nothing wrong and followed an existing practice for filling out time sheets.

The former chief pleaded guilty in January to an unrelated charge that he evaded paying taxes in relation to a building he owned.

Chief Mike Olsey replaced Marraccini in December 2016 but he resigned (/story/news/local/westchester/harrison/2018/02/16/harrison-police-chief-michael-olsey-retires-amid-sex-harassment-investigation/345104002/) 14 months later while being investigating by the town for allegedly sexually harassing a subordinate. An audio recording later surfaced with Olsey caught on tape (/story/news/investigations/2018/06/05/harrison-chief-sexual-harassment-probe/656839002/) telling a town resident not to cooperate with the investigation.

Buy Photo



Harrison Police Chief Michael Olsey. *(Photo: Ricky Flores/The Journal News)*

The interim chief who left Olsey was also investigated fo alleged sexual harassment. Town law department investigations into the allegations didn't lead

Pg·3 of 5

# Harrison faced misdemeanor charge if it paid ousted police chief: Documents

Mark Lungariello, Rockland/Westchester Journal News    Published 4:18 p.m. ET Oct. 8, 2019 | Updated 9:53 a.m. ET Oct. 9, 2019

HARRISON - The town was warned it would be slapped with a misdemeanor if it kept paying its police chief, according to a letter that led to his resignation last week (/story/news/local/westchester/harrison/2019/10/04/joseph-yasinski-out-as-harrison-police-chief/3863217002/).

Joseph Yasinski stepped down Thursday after Westchester County's Department of Human Resources told the town his employment was "unauthorized" and refused to certify his job beyond Sept. 23.

Paying a salary or compensation to an employee without certification is a misdemeanor of New York State Civil Service Law and could result in other penalties, county Human Resources Commissioner Mary Jennings Mahon wrote in an Oct. 3 letter to town Supervisor Ron Belmont.



From left, Commissioner George N. Longworth, Police Officer Paul DeSousa, Police Officer Michael McAllister, Police Officer Richard Lepore and Deputy Commissioner Joseph Yasinski. *(Photo: Submitted by the Westchester County Department of Public Safety)*

"Please amend your records accordingly and notify the individual of this matter, as periods of unauthorized employment will not count toward work experience required to take civil service exams, and may impact service time credited in the retirement system," Mahon stated.

**LAWSUIT: Ex-chief Marraccini seeks backpay** (/story/news/local/westchester/harrison/2019/09/26/harrison-police-anthony-marraccini-ron-belmont/2410140001/)

**HATE CRIMES: Congress members say it's a local problem** (/story/news/politics/2019/10/07/hate-crimes-new-york-congress-nita-lowey-donald-trump-eliot-engel-patrick-maloney-congress/3774863002/)

Yasinski announced his retirement at a meeting of the town board that same night.

Harrison has had three police chiefs in as many years, after Yasinski's immediate two predecessors resigned amid controversies.

Yasinski wasn't called an interim chief, but his appointment was always temporary because he wasn't eligible to be a permanent hire under state law.

A former deputy commission of the county Department of Public Safety, Yasinski was hired last June (/story/news/local/westchester/harrison/2018/06/22/harrison-new-police-chief-yasinski/724953002/) from outside of Harrison's department. Under Civil Service Law, governments must promote based on a certified list of candidates who take an exam for the position. Yasinski was approved as a provisional chief because there was no active list for chief at the time of his hiring.

The letter and other correspondence between the county and town obtained by The Journal News/lohud show that the town asked to keep Yasinski to avoid what it believed would be further instability — but the county noted it wouldn't be legal.

Supervisor Belmont, in a Sept. 9 letter, had asked Mahon for more time to keep Yasinski on while Harrison decided on a permanent replacement. If Yasinski was removed, there'd have to be an interim chief.

"That would only serve to continue a revolving door in the chief's position," Belmont told Mahon.

Former Chief Anthony Marraccini resigned in October 2016, while suspended and accused of filling out timesheets so he was paid for hours he wasn't entitled to. Marraccini, who said he kept meticulous records and followed existing procedure, was later sentenced to 18 months in prison (/story/news/local/westchester/harrison/2019/05/16/harrison-anthony-marraccini-sentencing/3692130002/) on a separate federal tax evasion charge.

His replacement, Mike Olsey, didn't hold the job long before he was accused of sexually harassing a subordinate. He resigned while under investigation (/story/news/local/westchester/harrison/2018/02/16/harrison-police-chief-michael-olsey-retires-amid-sex-harassment-investigation/345104002/) for that matter in February 2018. The short lifespan for the role left Harrison without an heir apparent or a certified list.

A new exam was given by the county on March 2 and a list of five eligible candidates was certified on July 9, then shared with the town on July 25. Under the law, the provisional job ends two months to the day the eligible list is published.

Harrison is required to choose from the top three candidates on the list of five unless they aren't interested. All of those on the list have said they are interested, but Harrison still needs to make a pick, Belmont said in his Sept. 9 letter.

"The summer months have been a challenge as Board members and other key town personnel have been on vacation at times, precluding meaningful deliberations over this important topic by the town board," Belmont said. "The additional time will allow us to begin the process to appoint a new chief with the full attention and participation of our town officials."

Elsewhere in the letter, he said Yasinski was tasked with a "fresh look" at the department to return it to firm ground.

"The current chief has made great progress," Belmont stated. "This significant work, though almost done, is not yet complete. It would not be in the best interests of the Harrison Police Department, or the people it serves, to not allow him to finish the job."

Belmont said the chief was overseeing "highly sensitive investigations" but couldn't specify the details.

In a response on Sept. 23, Mahon responded that civil service law only offered flexibility on its deadline "where there are a large number of provisional appointees" when terminating a provisional job would be disruptive to public services. Mahon noted Yasinski was the only provisional employee in the department.

She warned of continued employment after the deadline would be "unauthorized" but assured Belmont that the county would make every effort to assist in the appointment of a permanent chief and transition.

Belmont told The Journal News/lohud he was told via phone that Harrison could continue to employee Yasinski, a claim the county denied. Mahon's Oct. 3 letter said they had "no choice" but to not certify Yasinski's continued employment.

Catherine Cioffi, a spokeswoman for the county, said in an email to The Journal News/lohud that the commissioner always maintained that civil service laws had to be followed.

"The process is clear that the Town must offer the position to one of the top three candidates on the promotion list," she wrote. If one of the three turns refuses, Harrison can go further down the list for its choice.

"However, in doing so Harrison would have to provide the County with documentation that the top three candidates were not interested in the position," Cioffi said in the email. "That is the only way to open the list by filling a position."

Pg. 5 of 5

harrison pd corruption 2018

News   Maps   Images   Videos   More   Settings   Tools

About 206,000 results (0.44 seconds)

westchester.news12.com › story › harrison-town-employee-accuses-pd-o...

Jan 3, 2018 - ... **2018** 7:18 PM PST HARRISON -. A Harrison town employee is accusing the town's police department of corruption, nepotism and favoritism.
You visited this page on 3/14/20.

www.lohud.com › story › news › investigations › 2018/09/24 › another...

Sep 24, 2018 - Another female Harrison police officer files harassment complaint ... 24, 2018 | Updated 5:44 p.m. ET Jan. 5, 2019 ... Instability shakes PD.
You visited this page on 3/14/20.

www.lohud.com › harrison-police-chief-michael-olsey-sex-harassment

Jan 12, 2018 - Harrison town board took weeks to meet about its chief being the target of a sexual ... 12, **2018** | Updated 8:25 a.m. ET Jan. ... specifically one with the subject heading "corruption," are now under review by ... Detective Abbate said she has been with the Harrison Police Department for 14 years, the last six of ...

www.nytimes.com › baltimore-police-chief-michael-harrison

2nd

JUSTICE COURT: TOWN OF HARRISON
COUNTY OF WESTCHESTER: STATE OF NEW YORK
------------------------------------------------------------------------X
                     IN THE MATTER
                      OF

THE APPLICATION FOR A SEARCH WARRANT FOR THE
RESIDENCE OF SONJA R. GRIFFIN AND JEAN AZAR KNOWN
AS 55 LA SALLE STREET, APARTMENT 9F, NEW YORK, NEW
YORK, A RED AND BROWN BRICK 20 STORY AND 21 FLOOR
PUBLIC HOUSING APARTMENT BUILDING LOCATED ON THE
CORNER OF LA SALLE ST. AND AMSTERDAM AVE., WITH A
SILVER METTALIC AWNING WITH '55 LASALLE' IN BLACK
LETTERING LEADING TO THE BLUE ENTRANCE DOOR,
UPON EXITING FROM THE ELEVATOR AND MAKING A RIGHT,
APARTMENT 9F IS LOCATED ON THE LEFT SIDE OF SAID
HALLWAY WITH A BROWN METAL DOOR WITH A GOLD
PEEPHOLE AND "9F" EMBOSSED IN WHITE ON A BLACK
INSERT ON THE PEEPHOLE.
------------------------------------------------------------------------X

SEARCH
WARRANT
ORDER

STATE OF NEW YORK      )
                        )  ss:
COUNTY OF WESTCHESTER  )

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK

TO:    ANY CRIMINAL INVESTIGATOR OF THE WESTCHESTER COUNTY
        DISTRICT ATTORNEY'S OFFICE, ANY POLICE OFFICER OF THE
        WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY, ANY POLICE
        OFFICER OF THE NEW YORK STATE POLICE AND ANY POLICE OFFICER
        OF THE NEW YORK CITY POLICE DEPARTMENT:

**PROOF BY AFFIDAVIT**, having been made before me by Detective Antony

Salov of the Town of Harrison Police Department, that property possessed with the

intent to be used as a means of committing a crime or property constituting evidence of a

crime, or property unlawfully possessed or stolen, or constitutes or tends to demonstrate

that an offense was committed in this state, or that a particular person participated in the

commission of an offense in this state, will be found within the above-captioned premises.

**YOU ARE HEREBY COMMANDED** within ten (10) days of the date of this Order

to enter the above-captioned premises between the hours of 6:00 a.m. and 9:00 p.m.

EXHIBIT D



JUSTICE COURT: TOWN OF HARRISON
COUNTY OF WESTCHESTER: STATE OF NEW YORK
-------------------------------------------------------------------X

               IN THE MATTER
                  OF

THE APPLICATION FOR A SEARCH WARRANT FOR THE
PERSON OF SONJA R. GRIFFIN (DOB 8/22/1970)
-------------------------------------------------------------------X

**SEARCH**
**WARRANT**
**ORDER**

STATE OF NEW YORK      )
                        )  ss:
COUNTY OF WESTCHESTER  )

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK

TO:   ANY CRIMINAL INVESTIGATOR OF THE WESTCHESTER COUNTY
      DISTRICT ATTORNEY'S OFFICE, ANY POLICE OFFICER OF THE
      WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY, ANY POLICE
      OFFICER OF THE NEW YORK STATE POLICE AND ANY POLICE OFFICER
      OF THE NEW YORK CITY POLICE DEPARTMENT:

    **PROOF BY AFFIDAVIT,** having been made before me by Detective Antony

Salov of the Town of Harrison Police Department, that property possessed with the

intent to be used as a means of committing a crime or property constituting evidence of a

crime, or property unlawfully possessed or stolen, or constitutes or tends to demonstrate

that an offense was committed in this state, or that a particular person participated in the

commission of an offense in this state, will be found within the above-captioned premises.

    **YOU ARE HEREBY COMMANDED** within ten (10) days of the date of this Order

to enter the above-captioned person between the hours of 6:00 a.m. and 9:00 p.m. and

search for and seize the following property:

        **Any and all U.S. currency, maps, telephone records, jewelry,**
    **including, but not limited to gold signet rings, Van Cleef clover earrings,**
    **monogrammed earrings, gold necklace with diamonds by the yard,**
    **diamond tennis bracelet, diamond gold bracelet, Cartier bracelet, ribbed**
    **gold bangle bracelets, dogwood earrings with diamonds, pearl and**
    **diamond earrings, black pearl earrings, black pearl necklace, gold**
    **earrings and necklace as worn by Sonja R. Griffin in the video**
    **surveillance from the Westchester Country Club; brown Louis Vuitton**
    **tote hand bag, navy Gucci pocketbook, black Gucci shoulder handbag,**

navy Ferragamo cross body handbag, brown Louis Vuitton cross body handbag, black Tory Burch tote handbag, brown Louis Vuitton hand clutch bag, pink fleece throw blanket; black leather in appearance baseball style cap, black jackets, white jackets, woman's jeans with holes in the thigh area; any evidence regarding the sale of jewelry; any and all cellular telephones, including the contents thereof containing evidence of the March 28, 2018 burglary consisting of any and all recorded or stored telephone numbers, names, addresses or any other alpha or numeric information contained within said cellular telephones, including, but not limited to, text and SMS messages and internet browsing history, maps and GPS coordinates, the assigned number, ESN number, photographs and videos and records of calls made and received; any and all cameras and computers, including any and all Global Positioning Devices (GPS), including the contents thereof that contain any material related to the identity of ownership of subject computers, and/or communications concerning the purchase, sale, possession and value of jewelry; any and all burglary tools, including, but not limited to gloves; any and all documents, receipts, notations and records reflecting the sale and/or transfer of jewelry, addresses of residences, purchase and/or lease of cellular telephones, safe deposit boxes, storage facility units, and, any personalty showing identification of the users of a 2008 Lincoln Navigator bearing Pennsylvania License Plate "KPM8861" and VIN number 5LMFL28598LJ13090.

And if you find same, bring it before a Term of this Court in White Plains, New York, without unnecessary delay; and

Further, that police officers of the Harrison Police Department may be present during the execution of this search warrant to lend technical assistance to those police officers authorized to execute this search warrant.

It is further ordered, that the affidavit of Detective Antony Salov, submitted in support of this search warrant, remain sealed until further order of this Court.

**After the return to the Court,** all of the seized property shall be retained by the Westchester County District Attorney's Office, any police officer of the Westchester County Department of Public Safety, any police officer of the New York State Police and any police officer of the New York City Police Department.

Dated: April 13, 2018
Time: 3:40 Pm

_____
Barry E. Warhit
County Court Judge
County of Westchester
State of New York
Sitting as Town Justice
Town of Harrison
County of Westchester
State of New York

JUSTICE COURT: TOWN OF HARRISON
COUNTY OF WESTCHESTER: STATE OF NEW YORK
------------------------------------------------------X

IN THE MATTER
OF

IN THE APPLICATION FOR A SEARCH WARRANT FOR THE
PERSON OF SONJA R. GRIFFIN (DOB 8/22/1970).
------------------------------------------------------X

SEARCH
WARRANT
RETURN

STATE OF NEW YORK          )
                          )   ss:
COUNTY OF WESTCHESTER      )

DET. ANTONY SALOV, SHIELD # 113, a detective with the Town of Harrison

Police Department, being duly sworn, deposes and says:

5.     I am a Detective with the Town of Harrison Police Department,

Westchester County, New York.

6.     As pursuant to the search warrant order, dated April 13, 2018, the

evidence that was receovered and delivered to the Harrison Police Department is

contained in the evidence log paperwork that is attached.

Dated:  April 30, 2018

DET: _____ 113 SALOV
DET. ANTONY SALOV

_____
Barry E. Warhit
County Court Judge
County of Westchester
State of New York
Sitting as Town Justice
Town of Harrison
County of Westchester
State of New York

*3RD*
*add ley*
*Sme date*

**JUSTICE COURT: TOWN OF HARRISON**
**COUNTY OF WESTCHESTER: STATE OF NEW YORK**
--------------------------------------------------------X

IN THE MATTER
OF

SEARCH
WARRANT
ORDER

THE APPLICATION FOR A SEARCH WARRANT FOR THE
RESIDENCE OF SONJA R. GRIFFIN AND JEAN AZAR KNOWN
AS 55 LA SALLE STREET, APARTMENT 9F, NEW YORK, NEW
YORK, A RED AND BROWN BRICK 20 STORY AND 21 FLOOR
PUBLIC HOUSING APARTMENT BUILDING LOCATED ON THE
CORNER OF LA SALLE ST. AND AMSTERDAM AVE., WITH A
SILVER METTALIC AWNING WITH '55 LASALLE' IN BLACK
LETTERING LEADING TO THE BLUE ENTRANCE DOOR,
UPON EXITING FROM THE ELEVATOR AND MAKING A RIGHT,
APARTMENT 9F IS LOCATED ON THE LEFT SIDE OF SAID
HALLWAY WITH A BROWN METAL DOOR WITH A GOLD
PEEPHOLE AND "9F" EMBOSSED IN WHITE ON A BLACK
INSERT ON THE PEEPHOLE.

--------------------------------------------------------X

STATE OF NEW YORK          )
                           )  SS:
COUNTY OF WESTCHESTER      )

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK

TO:    ANY CRIMINAL INVESTIGATOR OF THE WESTCHESTER COUNTY
       DISTRICT ATTORNEY'S OFFICE, ANY POLICE OFFICER OF THE
       WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY, ANY POLICE
       OFFICER OF THE NEW YORK STATE POLICE AND ANY POLICE OFFICER
       OF THE NEW YORK CITY POLICE DEPARTMENT:

       PROOF BY AFFIDAVIT, having been made before me by Detective Antony

Salov of the Town of Harrison Police Department, that property possessed with the

intent to be used as a means of committing a crime or property constituting evidence of a

crime, or property unlawfully possessed or stolen, or constitutes or tends to demonstrate

that an offense was committed in this state, or that a particular person participated in the

commission of an offense in this state, will be found within the above-captioned premises

       YOU ARE HEREBY COMMANDED within ten (10) days of the date of this Order

to enter the above-captioned premises between the hours of 6:00 a.m. and 9:00 p.m.

and search for and seize the following property:

Any and all U.S. currency, maps, telephone records, jewelry, including, but not limited to gold signet rings, Van Cleef clover earrings, monogrammed earrings, gold necklace with diamonds by the yard, diamond tennis bracelet, diamond gold bracelet, Cartier bracelet, Hublot gold bangle bracelets, dogwood earrings with diamonds, pearl and diamond earrings, black pearl earrings, black pearl necklace, gold earrings and necklace as worn by Sonja R. Griffin in the video surveillance from the Westchester Country Club; brown Louis Vuitton tote hand bag, navy Gucci pocketbook, black Gucci shoulder handbag, navy Ferragamo cross body handbag, brown Louis Vuitton hand handbag, black Tory Burch tote handbag, brown Louis Vuitton hand clutch bag, pink fleece throw blanket; black leather in appearance baseball style cap, black jackets, white jackets, woman's jeans with holes in the thigh area; any evidence regarding the sale of jewelry; any and all cellular telephones, including the contents thereof containing evidence of the March 28, 2018 burglary consisting of any and all recorded or stored telephone numbers, names, addresses or any other alpha or numeric information contained within said cellular telephones, including, but not limited to, text and SMS messages and internet browsing history, maps and GPS coordinates, the assigned number, ESN number, photographs and videos and records of calls made and received; any and all cameras and computers, including any and all Global Positioning Devices (GPS) including the contents thereof that contain any material related to the identity of ownership of subject computers, and/or communications concerning the purchase, use, possession and value of jewelry; any and all burglary tools, including, but not limited to gloves; any and all documents, records, notations and records reflecting the sale and/or transfer of jewelry; addresses of residences, purchase and/or lease of cellular telephones, safe deposit boxes, storage facility units, and the contents of any safes or safe boxes; and, any personalty showing identification of the users of a 2008 Lincoln Navigator bearing Pennsylvania License Plate "KDN553" and with number 5LMFL28599LJ17396.

And if you find same, bring it before a Judge of this Court to be dealt with according to law.

Fail not at your peril, and have you then and there this warrant.

Further, the police officer in the manner to in this premises may be cause?

[remaining lines illegible]



support of this search warrant, remain sealed until further order of this Court.

**After the return to the Court**, all of the seized property shall be retained by the

Westchester County District Attorney's Office, any police officer of the Westchester

County Department of Public Safety, any police officer of the New York State Police

and any police officer of the New York City Police Department.

Dated: April 13, 2016

Time: 3:40pm

Barry E. Warhit
County Court Judge
County of Westchester
State of New York
Sitting as Town Justice
Town of Harrison
County of Westchester
State of New York

③ AMO
Amended
on the
actual date
of the 18th
when house
was robbed

JUSTICE COURT: TOWN OF HARRISON
COUNTY OF WESTCHESTER: STATE OF NEW YORK
----------------------------------------------------------------X

IN THE MATTER
OF

THE APPLICATION FOR A SEARCH WARRANT FOR THE
→ RESIDENCE OF SONJA R. GRIFFIN AND JEAN AZAR KNOWN ←
AS 55 LA SALLE STREET, APARTMENT 9F, NEW YORK, NEW
YORK, A RED AND BROWN BRICK 20 STORY AND 21 FLOOR
PUBLIC HOUSING APARTMENT BUILDING LOCATED ON THE
CORNER OF LA SALLE ST. AND AMSTERDAM AVE., WITH A
SILVER METTALIC AWNING WITH '55 LASALLE' IN BLACK
LETTERING LEADING TO THE BLUE ENTRANCE DOOR,
UPON EXITING FROM THE ELEVATOR AND MAKING A RIGHT,
APARTMENT 9F IS LOCATED ON THE LEFT SIDE OF SAID
HALLWAY WITH A BROWN METAL DOOR WITH A GOLD
PEEPHOLE AND "9F" EMBOSSED IN WHITE ON A BLACK
INSERT ON THE PEEPHOLE.
----------------------------------------------------------------X

AMENDED
SEARCH
WARRANT
ORDER

STATE OF NEW YORK          )
                          )  ss:
COUNTY OF WESTCHESTER      )

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK

TO:   ANY CRIMINAL INVESTIGATOR OF THE WESTCHESTER COUNTY
      DISTRICT ATTORNEY'S OFFICE, ANY POLICE OFFICER OF THE
      WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY, ANY POLICE
      OFFICER OF THE NEW YORK STATE POLICE AND ANY POLICE OFFICER
      OF THE NEW YORK CITY POLICE DEPARTMENT:

      PROOF BY AFFIDAVIT, having been made before me by Detective Antony

Salov of the Town of Harrison Police Department, that property possessed with the

intent to be used as a means of committing a crime or property constituting evidence of a

crime, or property unlawfully possessed or stolen, or constitutes or tends to demonstrate

that an offense was committed in this state, or that a particular person participated in the

commission of an offense in this state, will be found within the above-captioned premises.

      **YOU ARE HEREBY COMMANDED** within ten (10) days of the date of this Order

to enter the above-captioned premises between the hours of 6:00 a.m. and 9:00 p.m.

and search for and seize the following property:

Any and all handbags; any and all white baseball style caps; green jewelry box; black Nike sneakers with white Nike swoosh emblem and soles; tannish brown in color woman's "Ugg" type boots; opal diamond earrings, white mother of pearl clover earrings; small gold ball with five diamonds in each earrings; David Yurman style white gold and yellow gold square with diamond center earrings; plain yellow gold hoop earrings; yellow scallop shell earrings; yellow gold ribbed hoop one inch thick earrings with French clasp; love knot earrings; diamond and sapphire tennis bracelet; seven inch "Rolo" bracelet; seven inch cable bracelet; 16 inch gold ball necklace; seven inch gold ball bracelet; 16 inch white gold necklace with three small hears with inset diamonds; 16 inch necklace with six charms monogramed with names and date of birth of her three children and two grandchildren and a date of 9/27/16; Hermes Constance shoulder bag; JCrew Timex watch with cloth band; Michael Kors double leather wristband; and Port Chester High School class of 1952 class ring.

And if you find same, bring it before a Term of this Court in White Plains, New York, without unnecessary delay; and

Further, that police officers of the Harrison Police Department may be present during the execution of this search warrant to lend technical assistance to those police officers authorized to execute this search warrant.

It is further ordered, that the affidavit of Detective Antony Salov, submitted in support of this search warrant, remain sealed until further order of this Court.

After the return to the Court, all of the seized property shall be retained by the Westchester County District Attorney's Office, any police officer of the Westchester County Department of Public Safety, any police officer of the New York State Police and any police officer of the New York City Police Department.

Dated: April 18, 2018

Time: 4:00 PM

Barry E. Warhit
County Court Judge
County of Westchester
State of New York
Sitting as Town Justice
Town of Harrison
County of Westchester
State of New York

JUSTICE COURT: TOWN OF HARRISON
COUNTY OF WESTCHESTER: STATE OF NEW YORK
------------------------------------------------------------X

IN THE MATTER

OF

THE APPLICATION FOR A SEARCH                    AMENDED
WARRANT FOR THE RESIDENCE OF SONJA              AFFIDAVIT/APPLICATION
R. GRIFFIN AND JEAN AZAR KNOWN AS 55            FOR SEARCH WARRANTS
LA SALLE STREET, APARTMENT 9F, NEW
YORK, NEW YORK, A RED AND BROWN
BRICK 20 STORY AND 21 FLOOR PUBLIC
HOUSING APARTMENT BUILDING LOCATED
ON THE CORNER OF LA SALLE ST. AND
AMSTERDAM AVE., WITH A SILVER
METTALIC AWNING WITH '55 LASALLE' IN
BLACK LETTERING LEADING TO THE BLUE
ENTRANCE DOOR, UPON EXITING FROM
THE ELEVATOR AND MAKING A RIGHT,
APARTMENT 9F IS LOCATED ON THE LEFT
SIDE OF SAID HALLWAY WITH A BROWN
METAL DOOR WITH A GOLD PEEPHOLE
AND "9F" EMBOSSED IN WHITE ON A BLACK
INSERT ON THE PEEPHOLE;

------------------------------------------------------------X

STATE OF NEW YORK        }
                         : ss.:
COUNTY OF WESTCHESTER    }

ANTONY SALOV, being duly sworn, deposes and says:

1.      I am a detective in and for the Town of Harrison Police Department. I, along

with fellow members of the Town of Harrison Police Department (hereinafter "HPD") and

members of the Westchester County District Attorney's Office (hereinafter "WCDAO") are

currently investigating a burglary that occurred on March 28, 2018, in the Town of Harrison,

Westchester County, New York.

1

2.      This affidavit is made upon information and belief, the sources of which are the following:

  a.  Personal knowledge;

  b.  Certain files maintained by the Town of Harrison Police Department, New York City Police Department and the Westchester County District Attorney's Office;

  c.  Certain records of the New York State Department of Motor Vehicles and the New York State Department of Criminal Justice Services;

  d.  Other sources as indicated.

3.      Relevant facts that gave rise to the current affidavit/application for a search warrant are set forth in your deponent's prior affidavit/application for a search warrant sworn before this Court on April 13, 2018, and herein are incorporated by reference.[1]

4.      The information set forth by your deponent's prior affidavit/application for a search warrant dated April 13, 2018, and set forth herein provides probable cause to believe that a residential burglary was committed by individuals known to me as Sonja R. Griffin (DOB 8/22/1970) and Jean Azar (DOB 8/8/1973) in the Town of Harrison and further demonstrates that there is probable cause to believe evidence of said crimes will be found upon a search of the above-captioned apartment.

### BACKGROUND

5.      On April 16, 2018, your deponent met with the victim, Catherine Landy (DOB ▬▬▬▬▬), who reported additional property of hers that was stolen from her residence, located at 99 Biltmore Avenue, Apartment 236, Rye, New York 10580, which is part of the

---

[1] A copy of the April 13, 2018, affidavit/application for a search warrant by your deponent is attached.

Westchester County Country Club complex. The victim informed me that the following property was also stolen from her residence: opal diamond earrings; white mother of pearl clover earrings; small gold ball with five diamonds in each earrings; David Yurman style white gold and yellow gold square with diamond center earrings; plain yellow gold hoop earrings; yellow scallop shell earrings; yellow gold ribbed hoop one inch thick earrings with French clasp; love knot earrings; diamond and sapphire tennis bracelet; seven inch rolo bracelet; seven inch cable bracelet; 16 inch gold ball necklace; seven inch gold ball bracelet; 16 inch white gold necklace with three small hears with inset diamonds; 16 inch necklace with six charms monogramed with names and date of birth of her three children and two grandchildren and a date of 8/27/16; Hermes Constance shoulder bag; JCrew Timex watch with cloth band; Michael Kors double leather wristband; and Port Chester High School class of 1952 class ring, among other jewelry.

6.     On April 18, 2018, your deponent was present at the above-captioned apartment when members of the New York City Police Department executed this Court's Search Warrant Order dated April 13, 2018, for the above-captioned apartment. I observed in the above-captioned apartment one white baseball style cap which appears to be the same baseball style cap that Jean Azar were wearing in the surveillance video from that I observed from 55 La Salle Street on the evening of March 28, 2018, and which was provided to me by the Manhattan Housing Authority. I further observed what appears to be the green jewelry box that the victim had previously described to me on March 28, 2018. Your deponent also observed a pair of tannish brown "Ugg" type woman's boots worn by Sonja R. Griffin in the surveillance video I observed from Westchester Country Club on March 28, 2018.  I also observed black Nike sneakers with white soles that appear to be

the same shoes worn by Jean Azar in 55 La Salle Street surveillance video from March 28, 2018. Lastly, I observed in a padlocked closet that contained a large assortment of what appears to be designer handbags.

## CONCLUSION

7.      Based upon the above-stated information, I believe that property possessed constituting evidence of the crimes of burglary in the second degree and criminal possession of stolen property in the third degree, or property unlawfully possessed or stolen, or constitutes or tends to demonstrate that the crimes of burglary in the second degree and criminal possession of stolen property in the third degree were committed in this state, or that a particular person participated in the commission of said crimes in this state, may be found within the above-captioned residence.  This property consists of:

> Any and all handbags; any and all white baseball style caps; green jewelry box; black Nike sneakers with white Nike swoosh emblem and soles; tannish brown in color woman's "Ugg" type boots; opal diamond earrings, white mother of pearl clover earrings; small gold ball with five diamonds in each earrings; David Yurman style white gold and yellow gold square with diamond center earrings; plain yellow gold hoop earrings; yellow scallop shell earrings; yellow gold ribbed hoop one inch thick earrings with French clasp; love knot earrings; diamond and sapphire tennis bracelet; seven inch "Rolo" bracelet; seven inch cable bracelet; 16 inch gold ball necklace; seven inch gold ball bracelet; 16 inch white gold necklace with three small hears with inset diamonds; 16 inch necklace with six charms monogramed with names and date of birth of her three children and two grandchildren and a date of 8/27/16; Hermes Constance shoulder bag; JCrew Timex watch with cloth band; Michael Kors double leather wristband; and Port Chester High School class of 1952 class ring.

8.  Accordingly, it is requested that this affidavit remain sealed until further order of this court because the incorporated affidavit/application for a search warrant is sealed.

9.   No prior application has been made to this or any other Court for the relief requested herein beyond the April 13, 2018 application made before this Court.

WHEREFORE, your deponent respectfully requests that the Court issue an amended search warrant order, in the forms annexed, authorizing the search of the above-captioned apartment.

Detective Antony Salov
Town of Harrison Police Department


Sworn to before me this
18 day of April, 2018

Barry E. Warhit
County Court Judge
County of Westchester
State of New York
Sitting as Town Justice
Town of Harrison
County of Westchester
State of New York

JUSICE COURT: TOWN OF HARRISON
COUNTY OF WESTCHESTER: STATE OF NEW YORK
-----------------------------------------------------------------X

IN THE MATTER

OF

THE APPLICATION FOR A SEARCH WARRANT FOR THE
RESIDENCE OF SONJA R. GRIFFIN AND JEAN AZAR KNOWN
AS 55 LA SALLE STREET, APARTMENT 9F, NEW YORK, NEW
YORK, A RED AND BROWN BRICK 20 STORY AND 21 FLOOR
PUBLIC HOUSING APARTMENT BUILDING LOCATED ON THE
CORNER OF LA SALLE ST. AND AMSTERDAM AVE., WITH A
SILVER METTALIC AWNING WITH '55 LASALLE' IN BLACK
LETTERING LEADING TO THE BLUE ENTRANCE DOOR,
UPON EXITING FROM THE ELEVATOR AND MAKING A RIGHT,
APARTMENT 9F IS LOCATED ON THE LEFT SIDE OF SAID
HALLWAY WITH A BROWN METAL DOOR WITH A GOLD
PEEPHOLE AND "9F" EMBOSSED IN WHITE ON A BLACK
INSERT ON THE PEEPHOLE.

**SEARCH
WARRANT
RETURN**

-----------------------------------------------------------------X

**STATE OF NEW YORK**     )
                                )  **ss:**
**COUNTY OF WESTCHESTER**  )

      **DET. ANTONY SALOV, SHIELD # 113,** a detective with the Town of Harrison

Police Department, being duly sworn, deposes and says:

      1.     I am a Detective with the Town of Harrison Police Department,

Westchester County, New York.

2.      As pursuant to the search warrant order, dated April 13, 2018, the

evidence that was receovered and delivered to the Harrison Police Department is

contained in the evidence log paperwork that is attached.

Dated:  April 30, 2018

DET. ANTONY SALOV

Barry E. Warhit
County Court Judge
County of Westchester
State of New York
Sitting
as Town Justice
Town of Harrison
County of Westchester
State of New York

# EXHIBIT-H

(EXhibit H)



### NYCHHC HIPAA Request for Access
### ALL FIELDS MUST BE COMPLETED

| Patient Name/ Address | Date of Birth | Patient SSN |
|---|---|---|
| Sonja Griffin 1295 5th ave. #32D New York, N.y. 10029 | 8-22-70 | |
| | Medical Record Number | Telephone Number |
| | Email Address: | |

**TYPE OF ACCESS REQUESTED:**
Please check the type(s) of access requested.

☐ On-site inspection   ☐ Paper Copy @ $.75/page

☐ Electronic copy (cd/ flash drive)

☐ Other _____

Please note: If your request to inspect is granted, we will provide you with information on how to schedule an appointment with our staff to inspect your records.

If you request copies, we will charge you a reasonable fee for copies, materials, and postage, as permitted by applicable state and federal law.

**DELIVERY METHOD:**

Please indicate how you would like the materials delivered to you.

☐ Will Pick Up   ☐ Send it by Mail

☐ Other: _____

Please note: If you choose "Send it by mail," we will send it to you at the patient address indicated above.

**RESEARCH STUDY**

☐ If you are currently participating in a clinical research study, please check this box.

**SPECIFIC INFORMATION BEING REQUESTED:**

Please indicate the information to which you are requesting access

☐ Medical records for the following date(s):

_Amendment_ — _____

Please check the box(es) of the information you would like to access:

☐ Behavioral Health   ☐ Lab Test Results   ☐ Summary

☐ X-ray Report   ☐ Statement of Treatment

☐ Billing records for the following date(s):

_____

☐ Other (please specify): _____

By signing below, I am requesting that NYCHHC provide me with access to health information in the manner described above. I understand that NYCHHC or its contracted copy service will inform me if any fees may be charged for fulfilling this request, and that I will have an opportunity to modify my request if I cannot pay those fees.

| SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE | IF NOT PATIENT, PRINT NAME & CONTACT INFORMATION OF PERSONAL REPRESENTATIVE SIGNING THIS FORM. |
|---|---|
| Sonja R. Griffin | |
| DATE 3/17/2020 | IF PERSONAL REPRESENTATIVE, AUTHORITY TO ACT ON BEHALF OF PATIENT. |

| | HHC USE ONLY |
|---|---|
| 3/17/2020 | |
| Date Received: | Initials of HIM employee processing request |

HARLEM HOSPITAL CENTER
506 LENOX AVE.

*If this is not medical then it shouldn't be in my record She Lise Wilson or no one else at Harlem Hospital to speak with a D.A., Judge, Attorney of the courts ONLY to verify my letter was Legit. I haven't been coming for years to evade court. My medical / personal life has nothing to do with the other

* I'm asked about a firearm from Adille Chewdry E.S. Social worker all because of Ms. Wilson!

**NYCHHC**

**Request for Amendment**

Our patients have the right to request that we amend information contained in our records that may be used to make decisions about their care. Please see our Notice of Privacy Practices for a more detailed description of these rights. At the New York City Health and Hospitals Corporation we pledge to treat all requests for amendment of information in a manner that is respectful and helpful. To request an amendment to your records, please complete the following form and return it to the facility's Health Information Management Department.

* I don't know nor do I care at this time about a firearm I was never charged with no such thing and any other allegation is being

**Please complete the following form in its entirety.** dealt with which is personal not my medical records!

| Patient Name | First | MI | Last |
|---|---|---|---|
| | Sonja | | Griffin |

| Patient Information | Medical Record Number | Social Security Number | Date of Birth (MM/DD/YYYY) |
|---|---|---|---|
| | 874603 | | 08-22-70 |

| Patient's Mailing Address | Street Address | | Apt. |
|---|---|---|---|
| | 1295 5th ave. #32D | | 32D |
| | City | State | Zip |
| | New York | N.Y. | 10029 |

| Patient's Contact Information | Day Phone | Evening Phone |
|---|---|---|
| | 646-669-7926 (or) 917-669-4039 | |

**Amendment Request** — What would you like to amend? Please use the space below to indicate what information you would like to amend (attach a separate page, if necessary).

Progress report written by Lisa Wilson on 1-14-20 The whole top part at 1611 is the social workers own words as well as 1-15-20 at 1518. Ms. Wilson told me out her own mouth on 3-10-20 She spoke to the D.A. about my medical condition and the seriousness of a case I'm dealing with which has nothing to do with my medical and Ms. Lise Wilson was out of order and violated my Hippa Law She was not subpoena to court to speak on hearsay Judges, D.A.'s & lawyers / cops like and stick together that's why there are so many ppl in prison. She stigmatized me and put

Amendment Forms

HHC 2415 (Oct 03)

Negativity in my medical record. I want this ammended I'm not...

**NYC**
**HEALTH+**
**HOSPITALS** | **Harlem**

HARLEM HOSPITAL
CENTER
506 Lenox Avenue
New York NY 10037

Patient:Griffin, Sonja
MRN: 874603, DOB: 8/22/1970, Sex: F

## Demographics

| Patient Name | Patient ID | Sex | Date of Birth | Marital Status |
|---|---|---|---|---|
| Griffin, Sonja | 874603 | Female | 08/22/1970 | Single |
| Address | Home Phone | Work Phone | Mobile Phone | Religion |
| 1295 5TH AVE 32D | 917-669-4039 | | 646-669-7926 | Baptist |
| NEW YORK NY 10029 | | | | |
| PCP | Insurance Information | Employer | Race | Language |
| Burrell, Marlene R, NP | HEALTHFIRST MCD | | Black | English |
| Admission Status | | | | Email |
| ED Discharged | | | | |

## Progress Notes by Lise S Wilson, LMSW at 01/14/20 1611

Author: Lise S Wilson, LMSW
Filed: 01/14/20 1613
Editor: Lise S Wilson, LMSW (Social Worker)

Service: —
Encounter Date: 1/14/2020

Author Type: Social Worker
Status: Signed

Patient visited SW. Patient states she now needs an updated letter for her lawyer on a monthly basis stating her condition and that she cannot travel up to her court appearances. Patient states Ms. Burrell had agreed to write letters for her court stating she was unable to travel. She plans on meeting with Ms. Burrell today to inform her of the need for a letter on a monthly basis and the first letter to be completed by the 23rd. SW has requested patient speak to Ms. Burrell first and if Ms. Burrell agrees, SW will write letter for Ms. Burrell to sign.

"Electronically signed by Lise S Wilson, LMSW at 01/14/20 1613"

Contents

1. SECOND AMENDED COMPLAINT CLAIM REQUESTED BY: JUDGE LOUIS L. STANTON
2. ORDER TO AMEND SECOND AMENDED COMPLAINT ATTACHED  (8 pages)
3. (Exhibit A)   1st Joint Search Warrant from Harrison Pd/ 26 pct. when both Entities crossed boundaries, lied and planted an alleged weapon in my home, stole money, property, put an Innocent person in custody because he refused to walk way when my son life was  jeopardized, and jeopardized his pregnant wife daughter my granddaughter they didn't care and my younger daughter.
4. (Exhibit B)   Complaint #IAB 2019-34296 Sgt. Bonilla Det. Dasantos  been on file  also to other authority officials  who have the proof on file
5. (Exhibit C ) Corruption, Favoritism, and Nepotism within Harrison Pd even  during the month of April 2018 and prior.
6. (Exhibit D) 2nd Search warrant order dated: April 13th, 2018 3:40 PM by Judge Barry E. Warhit with just my name please see attached  signed by the Judge and Detective Anthony Salov with search warrant order dated: April 30, 2018
7. (Exhibit E) 3rd Amended Search warrant Detective Anthony Salov must have done two Sworn Affidavits Sworn under Oath to this judge who signed twice at the same time one with my name "ONLY" look back at  Exhibit D and "ONE" adding an Innocent person name because he wouldn't walk away when he was given a Direct order to when the cuffs were removed by Anthony Salov and William Curow.  (Dated: April 13th 2o18) 3:40 PM By: Judge Barry E. Warhit signed By: Anthony Salov  adding Jean Azor name to the Search warrants in one day at the same time then another Amended Search Warrant was done with My name and Jean name on April 18, 2020 4pm they were in my house since around 11or 12pm until 5 or 6pm search warrant order dated April 30, 2020 This included all Officers involved, ADA"s  and Judge Sworn Affidavits Applications
8. (Exhibit H) HIPPA LAW VIOLATION On or about 1/14/20 through 3/10/20 By  Social Worker Lise Wilson and ADA Adrian Murphy discussed my medical conditions, My medical history without proper Chain of Command she violated my rights as well as her contract and  added partial truth about my personal life into my medical history for all city hospitals to see  "In which is against my Rights because none of what was told to Ms. Wilson I have not been convicted of nor charged of yet I have been questioned about it on several occasions. I asked for an Amendment Please see attach.
9. *ORDER TO AMEND BY: JUDGE: LOUIS L. STANTON IS ALSO INCLUDED*


I State all that I put on this contents sheet is true to the best of my knowledge

OkOk