UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONJA R. GRIFFIN-ROBINSON,

                              Plaintiff,

        -against-

ANTHONY SALOV, *et al.*,

                              Defendants.

-------------------------------------------------------

JEAN AZOR EL,

                              Plaintiff,

        -against-

ANTHONY SALOV, *et al.*,

                              Defendants.

20cv02712 (PAE) (DF)

**ORDER**

20cv10857 (PAE) (DF)
(related case)

---

**DEBRA FREEMAN, United States Magistrate Judge:**

       The two above-captioned, related civil-rights matters, brought, respectively, by *pro se* plaintiff Sonja R. Griffin-Robinson ("Griffin-Robinson") and *pro se* plaintiff Jean Azor El ("Azor El"), have been referred to this Court for general pretrial supervision.  Previously, this Court stayed discovery in Case No. 20cv10857 (the "*Azor El* Action"), pending resolution of the ongoing criminal case against Azor El, but – based on this Court's understanding that Griffin-Robinson was not similarly facing an active criminal prosecution – this Court allowed certain discovery to proceed in Case No. 20cv02712 (the "*Griffin-Robinson* Action").  (*See* Dkt. 45.)  It has now come to this Court's attention, however, that its previous understanding was incorrect, and that criminal prosecutions are currently proceeding against *both* plaintiffs.  In light of this new information, and as stated by this Court on the record of the two-part case

management conference held on October 20, 2021 in the *Griffin-Robinson* Action, it is hereby ORDERED as follows:

1.    All discovery, as well as Griffin-Robinson's time to respond to the pending motion by the New York Police Department defendants to dismiss the Second Amended Complaint (Dkt. 52), shall be stayed, pending further Order of the Court.

2.    It is this Court's understanding that Griffin-Robinson is scheduled to appear in her criminal case on October 21, 2021.  No later than October 25, 2021, Griffin Robinson is directed to inform this Court of the status of that case (in other words, whether it has been dismissed, or, if not, when the next court date has been scheduled).

3.    No later than November 19, 2021, defendants in the *Griffin-Robinson* Action are directed to submit either a joint letter brief to this Court (or, if defendants wish to take different positions, then separate letter briefs), setting forth their views – and legal authority – on the question of whether the *Griffin-Robinson* Action should be treated differently than the *Azor El* Action, with specific focus on whether (a) document production should go forward in the *Griffin-Robinson* Action; (b) Griffin-Robinson should be required to respond to interrogatories; and (c) Griffin-Robinson should be required to respond to the pending motion to dismiss (or whether, alternatively, that motion should be denied without prejudice to renew following the conclusion of the criminal proceedings against her).

4.    If Griffin-Robinson wishes to respond to defendants' submission(s), she may file a response (through the Court's *Pro Se* Office), no later than December 3, 2021.

5.      The Clerk of Court is directed to mail a copy of this Order to plaintiff Azor El, at

the address reflected on the Docket of the *Azor El* Action and shown below.

Dated:  New York, New York
        October 20, 2021

                                    SO ORDERED

                                    DEBRA FREEMAN
                                    United States Magistrate Judge

Copies to:

Mr. Jean Azor El
NYSID:  07315251M
B&C:  4411905123
N.I.C. Infirmary
15-00 Hazen St.
Dorm #3
East Elmhurst, NY 11370

Ms. Sonja R. Griffin-Robinson (via ECF)

All counsel (via ECF)