UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONJA R. GRIFFIN-ROBINSON,

                Plaintiff,

-against-

ANTHONY SALOV, et al.,

                Defendants.

Case No. 1:20-cv-02712 (JLR) (VF)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a letter from Plaintiff Sonja R. Griffin-Robinson, who is proceeding *pro se*, requesting the assistance of pro bono counsel in this action. ECF No. 86. However, discovery has been stayed in this matter and the related action, *Azor El v. Salov, et al.*, 20-cv-10857, pending resolution of Plaintiff's criminal appeal. *See* ECF No. 85. Accordingly, the appointment of pro bono counsel to assist with discovery would be premature.

      In light of Plaintiff's *pro se* status, and the fact that she is currently incarcerated, IT IS HEREBY ORDERED that Defendants shall inform the Court within fourteen (14) days of the resolution of Plaintiff's criminal appeal.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: December 1, 2022
       New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge